```
 1  Bingham McCutchen LLP
    GWYN QUILLEN (SBN 138428)
 2  J. WARREN RISSIER (SBN 197939)
    The Water Garden
 3  Fourth Floor, North Tower
    1620 26th Street
 4  Santa Monica, CA  90404-4060
    Telephone: 310.907.1000
 5  Facsimile:  310.907.2000
    Email:  gwyn.quillen@bingham.com
 6          warren.rissier@bingham.com

 7  Bingham McCutchen LLP
    TODD E. GORDINIER (SBN 82200)
 8  EDWARD S. KIM (SBN 192856)
    CRAIG A. TAGGART (SBN 239168)
 9  600 Anton Boulevard, 18th Floor
    Costa Mesa, CA  92626-1924
10  Telephone: 714.830.0600
    Facsimile:  714.830.0700
11  Email:  todd.gordinier@bingham.com
            edward.kim@bingham.com
12          craig.taggart@bingham.com

13  Attorneys for Defendant KPMG LLP
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT | Case No. CV11-06239 MRP (MANx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Ctrm:   12<br>Judge:  Hon. Mariana R. Pfaelzer |

A/74491728.2/2010022-0000328518                - 1 -

| | |
|---|---|
| 1 | LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 2 | INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL |
| 3 | FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF |
| 4 | THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND |
| 5 | I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP |
| 6 | INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 7 | THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES |
| 8 | FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF |
| 9 | THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED |
| 10 | BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF |
| 11 | THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A |
| 12 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX |
| 13 | PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT |
| 14 | INCOME FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 15 | THRIVENT LIMITED MATURITY BOND FUND, A SERIES OF |
| 16 | THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A |
| 17 | SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED |
| 18 | MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 19 | INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY |
| 20 | INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL |
| 21 | PORTFOLIOS, INC. - EQUITY INDEX FUND; AMERICAN CENTURY |
| 22 | QUANTITATIVE EQUITY FUNDS, INC. - INCOME & GROWTH FUND; |
| 23 | AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. - VP INCOME & |
| 24 | GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN |
| 25 | EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH |
| 26 | ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; |
| 27 | NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF |
| 28 | NUVEEN INVESTMENT TRUST; |

| | |
|---|---|
| 1 | NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN |
| 2 | INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES |
| 3 | OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA |
| 4 | DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT |
| 5 | TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; |
| 6 | NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; |
| 7 | NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY |
| 8 | PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY |
| 9 | INCOME AND GROWTH FUND; SUNAMERICA ASSET |
| 10 | MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES |
| 11 | OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF |
| 12 | SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO |
| 13 | (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF |
| 14 | SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE |
| 15 | CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE |
| 16 | CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK |
| 17 | PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE |
| 18 | PORTFOLIO (RENAMED SUNAMERICA STRATEGIC VALUE |
| 19 | PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, |
| 20 | INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX |
| 21 | PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS |
| 22 | TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES |
| 23 | TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; |
| 24 | BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; |
| 25 | DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK |
| 26 | INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE |
| 27 | ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE |
| 28 | PRICE GROWTH STOCK FUND; T. |

ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME FUND; T. ROWE PRICE NEW AJJERICA GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT-TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION - COLLEGE RETIREMENT SERVICES; COLLEGE

| | |
|---|---|
| 1 | RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; |
| 2 | COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; |
| 3 | COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF |
| 4 | ASSET MANAGEMENT COMMINGLED FUNDS TRUST I |
| 5 | LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK |
| 6 | INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA |
| 7 | CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE- |
| 8 | CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; |
| 9 | TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-CREF LIFE |
| 10 | FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' |
| 11 | RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; |
| 12 | OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - |
| 13 | UND HINTERLASSENENVERSICHERUNG; |
| 14 | MASTER S&P 500 INDEX SERIES OF QUANTITATIVEMASTERSERIES |
| 15 | TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST |
| 16 | OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND |
| 17 | B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 |
| 18 | INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 |
| 19 | INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS |
| 20 | BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; |
| 21 | iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS |
| 22 | - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 |
| 23 | INDEX FUND; US ALPHA TILTS TOKYO PENSION CLIENTS; NC R3000 |
| 24 | TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; |
| 25 | EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND |
| 26 | B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER |
| 27 | PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; |
| 28 | BLACKROCK CDN US ALPHA TILTS |

A/74491728.2/2010022-0000328518                                                      - 5 -

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND, |
| 9 | Plaintiffs, |
| 10 | v. |
| 11<br>12<br>13 | COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP, |
| 14<br>15 | Defendants. |

1    WHEREAS on July 28, 2011, Plaintiffs filed their Complaint in the above-
2 captioned matter;
3    WHEREAS Plaintiffs have served or requested waiver of service for all
4 defendants under Federal Rule of Civil Procedure 4(d)(3);
5    WHEREAS the due dates for responses by defendants to the Complaint are
6 at various times, from August 25, 2011 to September 30, 2011;
7    WHEREAS the parties to this stipulation, including Plaintiffs and all
8 defendants except defendant Eric P. Sieracki, have agreed to a briefing schedule
9 and hearing date for defendants' anticipated motions to dismiss, and request that
10 the Court enter the accompanying order as to all defendants in the above-captioned
11 matter;
12    WHEREAS defendant Eric P. Sieracki has not yet retained counsel and is
13 presently seeking counsel.
14    WHEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, THE
15 PARTIES HEREBY STIPULATE AS FOLLOWS:
16    1.    All defendants in the above-captioned action shall respond to the
17 Complaint on or before October 14, 2011;
18    2.    Plaintiffs shall file and serve any opposition to any motion to dismiss
19 on or before November 14, 2011;
20    3.    Defendants shall file and serve any reply memoranda in support of
21 any motion to dismiss on or before December 5, 2011;
22    4.    Any motions to dismiss shall be heard by the Court on Monday,
23 December 19, 2011, at 11:00 a.m., or as soon before or thereafter as this matter
24 may be heard.
25    IT IS SO STIPULATED.
26
27
28

| | | |
|---|---|---|
| 1 | DATED: August 22, 2011 | Respectfully submitted, |
| 2 | | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ David Kaplan |
| 6 | | David Kaplan<br>Attorneys for Plaintiffs |
| 7 | | |
| 8 | DATED: August ___, 2011 | IRELL & MANELLA LLP |
| 9 | | |
| 10 | | |
| 11 | | By: _____<br>Adam Fletcher |
| 12 | | Attorneys for Defendant<br>Angelo Mozilo |
| 13 | | |
| 14 | DATED: August ___, 2011 | SLATER HERSEY & LIEBERMAN LLP |
| 15 | | |
| 16 | | By: _____ |
| 17 | | Jonathan P. Hersey<br>Attorneys for Defendant<br>David Sambol |
| 18 | | |
| 19 | | |
| 20 | DATED: August ___, 2011 | BINGHAM MCCUTCHEN LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | J. Warren Rissier<br>Attorneys for Defendant<br>KPMG LLP |

| | | |
|---|---|---|
| DATED: August ___, 2011 | | Respectfully submitted, |
| | | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | | By: _____<br>David Kaplan<br>Attorneys for Plaintiffs |
| DATED: August 22, 2011 | | IRELL & MANELLA LLP |
| | | By: _____<br>Adam Fletcher<br>Attorneys for Defendant<br>Angelo Mozilo |
| DATED: August ___, 2011 | | SLATER HERSEY & LIEBERMAN LLP |
| | | By: _____<br>Jonathan P. Hersey<br>Attorneys for Defendant<br>David Sambol |
| DATED: August ___, 2011 | | BINGHAM MCCUTCHEN LLP |
| | | By: _____<br>J. Warren Rissier<br>Attorneys for Defendant<br>KPMG LLP |

A/74491728.2/2010022-0000328518

- 8 -

| | | |
|---|---|---|
| 1 | DATED: August ___, 2011 | Respectfully submitted, |
| 2 | | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 5 | | By: _____ |
| 6 | | David Kaplan<br>Attorneys for Plaintiffs |
| 8 | DATED: August ___, 2011 | IRELL & MANELLA LLP |
| 11 | | By: _____ |
| 12 | | Adam Fletcher<br>Attorneys for Defendant<br>Angelo Mozilo |
| 13-14 | DATED: August 22, 2011 | SLATER HERSEY & LIEBERMAN LLP |
| 16 | | By: /s/ Jonathan Hersey |
| 17 | | Jonathan P. Hersey<br>Attorneys for Defendant<br>David Sambol |
| 20 | DATED: August ___, 2011 | BINGHAM MCCUTCHEN LLP |
| 22 | | By: _____ |
| 23 | | J. Warren Rissier<br>Attorneys for Defendant<br>KPMG LLP |

A/74491728.2/2010022-0000328518

- 8 -

| | | |
|---|---|---|
| 1 | DATED: August ___, 2011 | Respectfully submitted, |
| 2 | | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 3 | | |
| 4 | | |
| 5 | | By: _____ |
| 6 | | David Kaplan<br>Attorneys for Plaintiffs |
| 7 | | |
| 8 | DATED: August ___, 2011 | IRELL & MANELLA LLP |
| 9 | | |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Adam Fletcher<br>Attorneys for Defendant<br>Angelo Mozilo |
| 13 | | |
| 14 | DATED: August ___, 2011 | SLATER HERSEY & LIEBERMAN LLP |
| 15 | | |
| 16 | | By: _____ |
| 17 | | Jonathan P. Hersey<br>Attorneys for Defendant<br>David Sambol |
| 18 | | |
| 19 | | |
| 20 | DATED: August 22, 2011 | BINGHAM MCCUTCHEN LLP |
| 21 | | |
| 22 | | By: _____ |
| 23 | | J. Warren Rissier<br>Attorneys for Defendant<br>KPMG LLP |

A/74491728.2/2010022-0000328518

- 8 -

1  DATED: August 22, 2011

3  By: /s/ Marc Lackner
   Marc Lackner
   In-house counsel for Defendants
   Countrywide Financial Corporation &
   Countrywide Capital V

8  DATED: August ___, 2011

10  By: _____

    In-house counsel for Defendant
    Bank of America Corporation

A/74491728.2/2010022-0000328518

- 9 -

DATED: August ___, 2011

By: _____

In-house counsel for Defendants
Countrywide Financial Corporation &
Countrywide Capital V

DATED: August 22, 2011

By: *Theresa Brenner / JWR*

Teresa Brenner

In-house counsel for Defendant
Bank of America Corporation