Bingham McCutchen LLP
GWYN QUILLEN (SBN 138428)
J. WARREN RISSIER (SBN 197939)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:  310.907.1000
Facsimile:  310.907.2000
Email:  gwyn.quillen@bingham.com
        warren.rissier@bingham.com

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
EDWARD S. KIM (SBN 192856)
CRAIG A. TAGGART (SBN 239168)
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:  714.830.0700
Email:  todd.gordinier@bingham.com
        edward.kim@bingham.com
        craig.taggart@bingham.com

Attorneys for Defendant KPMG LLP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND,INC.; THRIVENT | Case No. CV11-06239 MRP (MANx)<br><br>**AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Ctrm:   12<br>Judge:  Hon. Mariana R. Pfaelzer |

A/74505164.1/2010022-0000328518                     - 1 -

| | |
|---|---|
| 1 | LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 2 | INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL |
| 3 | FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF |
| 4 | THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND |
| 5 | I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP |
| 6 | INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 7 | THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES |
| 8 | FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF |
| 9 | THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED |
| 10 | BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF |
| 11 | THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A |
| 12 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX |
| 13 | PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT |
| 14 | INCOME FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 15 | THRIVENT LIMITED MATURITY BOND FUND, A SERIES OF |
| 16 | THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A |
| 17 | SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED |
| 18 | MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 19 | INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY |
| 20 | INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL |
| 21 | PORTFOLIOS, INC. - EQUITY INDEX FUND; AMERICAN CENTURY |
| 22 | QUANTITATIVE EQUITY FUNDS, INC. - INCOME & GROWTH FUND; |
| 23 | AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. - VP INCOME & |
| 24 | GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN |
| 25 | EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH |
| 26 | ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; |
| 27 | NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF |
| 28 | NUVEEN INVESTMENT TRUST; |

| | |
|---|---|
| 1 | NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN |
| 2 | INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES |
| 3 | OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA |
| 4 | DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT |
| 5 | TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; |
| 6 | NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; |
| 7 | NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY |
| 8 | PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY |
| 9 | INCOME AND GROWTH FUND; SUNAMERICA ASSET |
| 10 | MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES |
| 11 | OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF |
| 12 | SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO |
| 13 | (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF |
| 14 | SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE |
| 15 | CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE |
| 16 | CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK |
| 17 | PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE |
| 18 | PORTFOLIO (RENAMED SUNAMERICA STRATEGIC VALUE |
| 19 | PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, |
| 20 | INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX |
| 21 | PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS |
| 22 | TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES |
| 23 | TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; |
| 24 | BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; |
| 25 | DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK |
| 26 | INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE |
| 27 | ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE |
| 28 | PRICE GROWTH STOCK FUND; T. |

ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME FUND; T. ROWE PRICE NEW AJJERICA GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT-TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION - COLLEGE RETIREMENT SERVICES; COLLEGE

| | |
|---|---|
| 1 | RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; |
| 2 | COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; |
| 3 | COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF |
| 4 | ASSET MANAGEMENT COMMINGLED FUNDS TRUST I |
| 5 | LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK |
| 6 | INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA |
| 7 | CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE- |
| 8 | CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; |
| 9 | TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-.CREF LIFE |
| 10 | FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' |
| 11 | RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; |
| 12 | OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - |
| 13 | UND HINTERLASSENENVERSICHERUNG; |
| 14 | MASTER S&P 500 INDEX SERIES OF QUANTITATIVEMASTERSERIES |
| 15 | TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST |
| 16 | OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND |
| 17 | B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 |
| 18 | INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 |
| 19 | INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS |
| 20 | BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; |
| 21 | iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS |
| 22 | - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 |
| 23 | INDEX FUND; US ALPHA TILTS TOKYO PENSION CLIENTS; NC R3000 |
| 24 | TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; |
| 25 | EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND |
| 26 | B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER |
| 27 | PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; |
| 28 | BLACKROCK CDN US ALPHA TILTS |

1  NON-TAXABLE FUND; FMC-US
2  R3000 ALPHA TILTS U/A; iSHARES
   RUSSELL 1000 INDX FUND;
3  BLACKROCK CDN US EQUITY
   INDEX NON-TAXABLE FUND;
4  iSHARES RUSSELL 3000 INDEX
   FUND; iSHARES DOW JONES US
5  FINANCIAL SECTOR INDEX FUND;
   CDP ALPHA TILTS SEPARATE
6  ACCOUNT; MSCI U.S. EQUITY INDEX
   FUND B; NZ SUPER US TILTS;
7  LUCENT EQ INDX SEP ACCT;
   AQUILA LIFE US EQUITY INDEX
8  FUND; and ASCENT LIFE US EQUITY
   FUND,

9         Plaintiffs,

10         v.

11 COUNTRYWIDE FINANCIAL
   CORPORATION, COUNTRYWIDE
12 CAPITAL V, BANK OF AMERICA
   CORPORATION, ANGELO R.
13 MOZILO, DAVID SAMBOL, ERIC P.
   SIERACKI, and KPMG LLP,
14
           Defendants.

      WHEREAS on July 28, 2011, Plaintiffs filed their Complaint in the above-captioned matter;

      WHEREAS Plaintiffs have served or requested waiver of service for all defendants under Federal Rule of Civil Procedure 4(d)(3);

      WHEREAS the due dates for responses by defendants to the Complaint are at various times, from August 25, 2011 to September 30, 2011;

      WHEREAS the parties to this stipulation, including Plaintiffs and all defendants except defendant Eric P. Sieracki, have agreed to a briefing schedule and hearing date for defendants' anticipated motions to dismiss, and request that the Court enter the accompanying order as to all defendants in the above-captioned matter;

      WHEREAS defendant Eric P. Sieracki has not yet retained counsel and is presently seeking counsel.

      WHEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

      1.    All defendants in the above-captioned action shall respond to the Complaint on or before October 7, 2011;

      2.    Plaintiffs shall file and serve any opposition to any motion to dismiss on or before November 7, 2011;

      3.    Defendants shall file and serve any reply memoranda in support of any motion to dismiss on or before December 1, 2011;

      4.    Any motions to dismiss shall be heard by the Court on Monday, December 12, 2011, at 11:00 a.m., or as soon beforehand or thereafter as this matter may be heard.

      IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: September 2, 2011 | Respectfully submitted, |
| 2 | | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

By: ___/s/ Niki L. Mendoza_____
    Niki L. Mendoza
    Attorneys for Plaintiffs

DATED: September 2, 2011    IRELL & MANELLA LLP

By: _____
    Adam Fletcher
    Attorneys for Defendant
    Angelo Mozilo

DATED: September 2, 2011    SLATER HERSEY & LIEBERMAN LLP

By: _____
    Jonathan P. Hersey
    Attorneys for Defendant
    David Sambol

DATED: September 2, 2011    BINGHAM MCCUTCHEN LLP

By: _____
    J. Warren Rissier
    Attorneys for Defendant
    KPMG LLP

| | | |
|---|---|---|
| 1 | DATED: September 2, 2011 | Respectfully submitted, |
| 2 | | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |

By: _____
Niki L. Mendoza
Attorneys for Plaintiffs

DATED: September 2, 2011          IRELL & MANELLA LLP

By: *Adam Fletcher / JWR*
Adam Fletcher
Attorneys for Defendant
Angelo Mozilo

DATED: September 2, 2011          SLATER HERSEY & LIEBERMAN LLP

By: *Jonathan Hersey*
Jonathan P. Hersey
Attorneys for Defendant
David Sambol

DATED: September 2, 2011          BINGHAM MCCUTCHEN LLP

By: _____
J. Warren Rissier
Attorneys for Defendant
KPMG LLP

| | | |
|---|---|---|
| 1 | DATED: September 2, 2011 | ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP |

By: *Kathryn A. Zecca / JWR*
Kathryn S. Zecca
Attorneys for Defendants
Countrywide Financial Corporation &
Countrywide Capital V

| | | |
|---|---|---|
| 8 | DATED: September 2, 2011 | MUNGER, TOLLES & OLSON LLP |

By: *Marc T.G. Dworsky / JWR*
Marc T.G. Dworsky
Attorneys for Defendant
Bank of America Corporation