Blair A. Nicholas
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130; Telephone: (858) 793-0070

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Government of Guam Retirement Fund, et al. [Additional Plaintiffs Listed on Attachment]<br><br>PLAINTIFF(S)<br>v.<br>Countrywide Financial Corporation, Countrywide Capital V, Bank of America Corporation, Angelo R. Mozilo, David Sambol, Eric P. Sieracki, and KPMG LLP<br><br>DEFENDANT(S). | CASE NUMBER<br>CV11- 6239 ~~PSG (PJWx)~~  MRP (MANx)<br><br>**WAIVER OF SERVICE OF SUMMONS** |

To: Shirli Fabbri Weiss, Esq.
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

   I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after* _____ July 29, 2011 _____, or within 90 days after that date if the request was sent outside the United States.

*Date Notice of Lawsuit and Request for Waiver of Service Summons is sent.

| | |
|---|---|
| 8/3/11 | *[Signature]* |
| *Date Signed by Receiving Party* | *Signature* |
| Shirli Fabbri Weiss, Esq. | Telephone: (619) 699-2700; Fax: (619) 699-2701 |
| *Name* | *Telephone Number and Fax Number* |
| 401 B Street, Suite 1700 | Attorney |
| *Street Address* | *Relationship to Entity on Whose Behalf I am Acting* |
| San Diego, CA 92101-4297 | Eric P. Sieracki |
| *City, State, Zip Code* | *Name of Party Waiving Service* |

**Duty to Avoid Unnecessary Costs of Service of Summons**

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

CV-108 (06/98)                              WAIVER OF SERVICE OF SUMMONS

## ATTACHMENT TO WAIVER OF SERVICE OF SUMMONS

ADDITIONAL PLAINTIFFS:

| |
|---|
| • Montana Board of Investments |
| • Maryland State Retirement and Pension System |
| • Norges Bank |
| • Royal Mail Pension Plan |
| • Stichting Pensioenfonds Zorg en Welzijn represented by PGGM Vermogensbeheer B.V. |
| • Thrivent Financial for Lutherans<br>• Mr. Robert L. Kosnoski<br>• Thrivent Financial for Lutherans Foundation<br>• Kalamazoo Anesthesiology PSP FBO Dr. Barbara A. Page<br>• Thrivent Large Cap Value Fund, a series of Thrivent Mutual Funds<br>• Thrivent Large Cap Stock Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Partner All Cap Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Large Cap Value Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Balanced Fund, a series of Thrivent Mutual Funds<br>• Thrivent Large Cap Stock Fund, a series of Thrivent Mutual Funds<br>• Thrivent Large Cap Index Fund I, a series of Thrivent Mutual Funds<br>• Thrivent Large Cap Index Fund, a series of Thrivent Mutual Funds<br>• Thrivent Balanced Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Large Cap Index Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Financial Defined Benefit Plan Trust<br>• Thrivent Core Bond Fund, a series of Thrivent Mutual Funds<br>• Thrivent Bond Index Fund, a series of Thrivent Mutual Funds<br>• Thrivent Bond Index Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Income Fund, a series of Thrivent Mutual Funds<br>• Thrivent Limited Maturity Bond Fund, a series of Thrivent Mutual Funds<br>• Thrivent Income Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Limited Maturity Bond Portfolio, a series of Thrivent Series Fund, Inc.<br>• Thrivent Life Insurance Company |
| • American Century Investment Management<br>• American Century Capital Portfolios, Inc. – Equity Index Fund<br>• American Century Quantitative Equity Funds, Inc. – Income & Growth Fund<br>• American Century Variable Portfolios, Inc. – VP Income & Growth Fund |
| • Nuveen Investments, Inc.<br>• Nuveen Equity Premium Opportunity Fund<br>• Nuveen Growth Allocation Fund, a series of Nuveen Investment Trust<br>• Nuveen Multi-Manager Large-Cap Value Fund, a series of Nuveen Investment Trust<br>• Nuveen NWQ Large-Cap Value Fund, a series of Nuveen Investment Trust<br>• Nuveen NWQ Multi-Cap Value Fund, a series of Nuveen Investment Trust<br>• Nuveen Santa Barbara Dividend Growth Fund, a series of Nuveen Investment Trust II<br>• Nuveen Quality Preferred Income Fund |

- Nuveen Multi-Strategy Income and Growth Fund 2
- Nuveen Quality Preferred Income Fund 2
- Nuveen Quality Preferred Income Fund 3
- Nuveen Multi-Strategy Income and Growth Fund

- SunAmerica Asset Management Corp.
- Strategic Multi-Asset Portfolio, a series of Anchor Series Trust
- Focus Growth Portfolio, a series of Seasons Series Trust
- Large Cap Composite Portfolio (merged into the Large Cap Growth Portfolio, a series of Seasons Series Trust), a series of Seasons Series Trust
- Large Cap Growth Portfolio, a series of Seasons Series Trust
- Large Cap Value Portfolio, a series of Seasons Series Trust
- Stock Portfolio, a series of Seasons Series Trust
- Focused Value Portfolio (renamed SunAmerica Strategic Value Portfolio), a series of SunAmerica Focused Series, Inc. (renamed SunAmerica Series, Inc.)
- Equity Index Portfolio, a series of SunAmerica Series Trust
- MFS Total Return Portfolio, a series of SunAmerica Series Trust
- Asset Allocation Fund, a series of VALIC Company I
- Blue Chip Growth Fund, a series of VALIC Company I
- Dividend Value Fund, a series of VALIC Company I
- Stock Index Fund, a series of VALIC Company I

- T. Rowe Price Associates, Inc.
- T. Rowe Price Equity Income Fund
- T. Rowe Price Growth Stock Fund
- T. Rowe Price Value Fund
- T. Rowe Price Blue Chip Growth Fund
- T. Rowe Price Equity Income Portfolio
- T. Rowe Price Equity Index 500 Fund
- T. Rowe Price Personal Strategy Growth Fund
- T. Rowe Price Personal Strategy Balanced Fund
- T. Rowe Price Financial Services
- T. Rowe Price Growth & Income Fund
- T. Rowe Price New America Growth Fund
- T. Rowe Price Personal Strategy Income Fund
- T. Rowe Price Capital Opportunity Fund
- T. Rowe Price Blue Chip Growth Portfolio
- T. Rowe Price New Income Fund
- T. Rowe Price Personal Strategy Balanced Portfolio
- T. Rowe Price Short-Term Bond Fund
- T. Rowe Price Total Equity Market Index Fund
- T. Rowe Price New America Growth Portfolio
- T. Rowe Price Balanced Fund
- T. Rowe Price Institutional U.S. Structured Research Fund
- T. Rowe Price Institutional Large-Cap Core Growth Fund
- T. Rowe Price Inflation Focused Bond Fund

|   |   |
|---|---|
|   | <ul><li>T. Rowe Price Georgia Tax-Free Bond Fund</li><li>T. Rowe Price Equity Index 500 Portfolio</li><li>T. Rowe Price Limited-Term Bond Portfolio</li><li>T. Rowe Price Structured Research Common Trust Fund</li><li>T. Rowe Price Equity Income Trust</li><li>T. Rowe Price Equity Index Trust</li><li>T. Rowe Price Stable Value Common Trust Fund</li><li>T. Rowe Price Growth and Income Trust</li><li>Alaska Large-Cap Trust</li><li>T. Rowe Price Managed Bond Common Trust Fund</li><li>T. Rowe Price Growth Stock Trust</li><li>T. Rowe Price Bond Index Trust</li><li>Alaska Money Market Trust</li><li>Alaska International Trust</li></ul> |
| • Teacher Retirement System of Texas | |
|   | <ul><li>Teachers Insurance and Annuity Association - College Retirement Services</li><li>College Retirement Equities Fund Equity Index Account</li><li>College Retirement Equities Fund Global Equities Account</li><li>College Retirement Equities Fund Stock Account</li><li>TIAA-CREF Asset Management Commingled Funds Trust I Large Cap Value Fund</li><li>TIAA Separate Account VA-1 Stock Index Account</li><li>TIAA-CREF Funds Equity Index Fund</li><li>TIAA-CREF Funds Large-Cap Value Fund</li><li>TIAA-CREF Funds Large-Cap Value Index Fund</li><li>TIAA-CREF Funds S&P 500 Index Fund</li><li>TIAA-CREF Life Funds Large-Cap Value Fund</li><li>TIAA-CREF Life Funds Stock Index Fund</li></ul> |
| • California Public Employees' Retirement System | |
|   | <ul><li>BlackRock Financial Management, Inc.</li><li>Obsidian Master Fund Trust</li><li>Ausgleichsfonds der Alters-und Hinterlassenenversicherung</li><li>Master S&P 500 Index Series of Quantitative Master Series Trust</li><li>Equity Index Trust</li><li>Large Cap Value Index Trust of QA Collective Trust Series</li><li>Russell 1000 Alpha Tilts Fund B</li><li>Equity Index Fund</li><li>Alpha Tilts Fund B</li><li>iShares S&P 500 Index Fund</li><li>iShares Russell 1000 Value Fund</li><li>Russell 1000 Index Fund</li><li>Russell 1000 Value Fund</li><li>Russell 1000 Alpha Tilts BL</li><li>Active Stock Fund E</li></ul> |

- Ascent Life US Equity Fund
- iShares S&P 500 Growth Fund
- Barclays International Funds - USA Equity Fund
- Russell 1000 Value Fund B
- Russell 3000 Index Fund
- US Alpha Tilts – Tokyo Pension Clients
- NC R3000 Tilts Sep Acct
- Russell 1000 Value Alpha Tilts Fund B
- Equity Index Fund B
- Large Capitalization Core Tilts Fund B
- U.S. Equity Market Fund B
- Active Stock Master Portfolio
- OMERS Russell 1000 Enhanced Index Mandate
- BlackRock CDN US Alpha Tilts Non-Taxable Fund
- FMC-US R3000 Alpha Tilts U/A
- iShares Russell 1000 Indx Fund
- BlackRock CDN US Equity Index Non-Taxable Fund
- iShares Russell 3000 Index Fund
- iShares Dow Jones US Financial Sector Index Fund
- CDP Alpha Tilts Separate Account
- MSCI U.S. Equity Index Fund B
- NZ Super US Tilts
- Lucent Eq Indx Sep Acct
- Aquila Life US Equity Index Fund
- Ascent Life US Equity Fund