| | |
|---|---|
| 1 | BERNSTEIN LITOWITZ BERGER |
| |    & GROSSMANN LLP |
| 2 | BLAIR A. NICHOLAS (Bar No. 178428) |
| | TIMOTHY A. DeLANGE (Bar No.190768) |
| 3 | NIKI L. MENDOZA (Bar No. 214646) |
| | DAVID KAPLAN (Bar No. 230144) |
| 4 | JOSEPH W. GOODMAN (Bar No. 230161) |
| | 12481 High Bluff Drive, Suite 300 |
| 5 | San Diego, CA 92130 |
| | Tel:   (858) 793-0070 |
| 6 | Fax:  (858) 793-0323 |
| | blairn@blbglaw.com |
| 7 | timothyd@blbglaw.com |
| | nikim@blbglaw.com |
| 8 | davidk@blbglaw.com |
| | joe.goodman@blbglaw.com |
| 9 | |
| 10 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR. BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT | Case No. CV11-6239 MRP (MANx)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

| | |
|---|---|
| 1 | LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT INCOME FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LIMITED MATURITY BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL PORTFOLIOS, INC. – EQUITY INDEX FUND; AMERICAN CENTURY | |

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | QUANTITATIVE EQUITY FUNDS, INC. – INCOME & GROWTH FUND; AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. – VP INCOME & GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND; SUNAMERICA ASSET MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE CAP GROWTH PORTFOLIO, A SERIES | |

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

| | |
|---|---|
| 1 | OF SEASONS SERIES TRUST; LARGE CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE PORTFOLIO (RENAMED SUNAMERICA STRATEGIC VALUE PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE PRICE GROWTH STOCK FUND; T. ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME FUND; T. ROWE PRICE NEW AMERICA GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH | |

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT-TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT SERVICES; COLLEGE RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

| | |
|---|---|
| 1 | GLOBAL EQUITIES ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF ASSET MANAGEMENT COMMINGLED FUNDS TRUST I LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA-CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE-CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-CREF LIFE FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - UND HINTERLASSENENVERSICHERUNG; MASTER S&P 500 INDEX SERIES OF QUANTITATIVE MASTER SERIES TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 INDEX FUND; US ALPHA TILTS – | |

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

| | |
|---|---|
| 1 | TOKYO PENSION CLIENTS; NC R3000 TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; BLACKROCK CDN US ALPHA TILTS NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND,<br><br>                Plaintiffs,<br>      v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP<br><br>                Defendants. |

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

1  I, AMY NEIL, declare:

2  1.   That I am, and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

6  2.   That on September 9, 2011, I caused to be served the following documents:

**Waiver of Service of Summons (on Defendant Countrywide Financial Corporation);**
**Waiver of Service of Summons (on Defendant Countrywide Capital V);**
**Waiver of Service of Summons (on Defendant David Sambol); and**
**Waiver of Service of Summons (on Defendant Eric Sieracki)**

by placing a true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐ **(BY ELECTRONIC MAIL)** Pursuant to Civil L.R. 5-5(a)(1) and F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be transmitted electronically to the offices of the email addressee(s) listed below.

3.   That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 9th day of September, 2011, at San Diego, California.

_____
AMY NEIL

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

1

| | |
|---|---|
| 1 | **SERVICE LIST** |

Mark Lackner
555 California Street, 8th Floor
P.O. Box Mail Code CA5-705-08-01
San Francisco, CA 94104-1503
Telephone: 415.913.2184
Facsimile: 704.602.5680

**Goodwin Procter LLP**
Brian E. Pastuszenski
Alexis L. Shapiro
Exchange Place
53 State Street
Boston, MA 02109
Telephone: 617.570.1000
Facsimile: 617.523.1231

**Robbins, Russell, Englert, Oreck, Untereiner & Sauber LLP**
Kathryn S. Zecca
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
Telephone: 202.775.4508
Facsimile: 202.775.4510

*Attorneys for Defendant Countrywide Financial Corporation & Countrywide Capital V*

**Munger, Tolles & Olson LLP**
Marc T.G. Dworsky
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: 213.683.9100

**O'Melveny & Myers LLP**
Seth Aronson
Matthew Close
400 South Hope Street
Los Angeles, CA 90071
Telephone: 213.430.6000
Facsimile: 213.430.6407

*Attorneys for Defendant Bank of America Corporation*

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

2

| | |
|---|---|
| 1 | **Irell & Manella LLP** |
|   | David Siegel |
| 2 | Daniel Lefler |
|   | Charles Elder |
| 3 | Randall Jackson |
|   | Alexander Porter |
| 4 | Adam Fletcher |
|   | 1800 Avenue of the Stars, Suite 900 |
| 5 | Los Angeles, CA 90067 |
|   | Telephone: 310.277.1010 |
| 6 | Facsimile: 310.203.7199 |
| 7 | *Attorneys for Defendant Angelo R. Mozilo* |
| 8 | |
| 9 | **Orrick, Herrington & Sutcliffe LLP** |
|   | Michael C. Tu |
|   | 777 South Figueroa Street, Suite 3200 |
| 10 | Los Angeles, CA 90017 |
|   | Telephone: 213.612.2433 |
| 11 | |
| 12 | **Slater Hersey & Lieberman LLP** |
|   | Jonathan P. Hersey |
|   | 18301 Von Karman, Suite 1060 |
| 13 | Irvine, CA 92612 |
|   | Telephone: 949.398.7500 |
| 14 | Facsimile: 949.398.7501 |
| 15 | *Attorneys for Defendant David Sambol* |
| 16 | |
| 17 | **DLA Piper LLP** |
|   | Shirli Fabbri Weiss |
|   | 401 B Street, Suite 1700 |
| 18 | San Diego, CA 92101-4297 |
|   | Telephone: 619.699.3650 |
| 19 | Facsimile: 619.764.6650 |
| 20 | **DLA Piper LLP** |
|   | David Priebe |
| 21 | 2000 University Avenue |
|   | East Palo Alto, CA 94303 |
| 22 | Telephone: 650.833.2056 |
|   | Facsimile: 650.833.2001 |
| 23 | |
| 24 | **Keker & Van Nest LLP** |
|   | Stuart L. Gasner |
|   | Jon Streeter |
| 25 | Michael Celio |
|   | 633 Battery Street |
| 26 | San Francisco, CA 94111-1809 |
|   | Telephone: 415.391.5400 |
| 27 | |
| 28 | *Attorneys for Defendant Eric P. Sieracki* |

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

**Bingham McCutchen**
Gwyn Quillen
J. Warren Rissier
The Water Garden, 4th Floor, N. Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310.907.1000
Facsimile: 310.907.1000

**Bingham McCutchen**
Todd E. Gordinier
Edward S. Kim
Craig A. Taggart
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

*Attorneys for KPMG LLP*

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

4