Bingham McCutcheon LLP
GWYN QUILLEN (SBN 138428)
J. WARREN RISSIER (SBN 197939)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone: 310.907.1000
Facsimile:  310.907.2000
Email:   gwyn.quillen@bingham.com
         warren.rissier@bingham.com

Bingham McCutcheon LLP
TODD E. GORDINIER (SBN 82200)
EDWARD S. KIM (SBN 192856)
CRAIG A. TAGGART (SBN 239168)
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626-1924
Telephone: 714.830.0600
Facsimile:  714.830.0700
Email:   todd.gordinier@bingham.com
         edward.kim@bingham.com
         craig.taggart@bingham.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND,INC.; THRIVENT | Case No. CV11-06239 MRP (MANx)<br><br>**STIPULATION TO EXTEND PAGE LIMITS FOR KPMG LLP'S MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Ctrm:   12<br>Judge:  Hon. Mariana R. Pfaelzer |

A/74532336.1/2010022-0000328518                                - 1 -

LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT INCOME FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LIMITED MATURITY BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL PORTFOLIOS, INC. - EQUITY INDEX FUND; AMERICAN CENTURY QUANTITATIVE EQUITY FUNDS, INC. - INCOME & GROWTH FUND; AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. - VP INCOME & GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST;

| | |
|---|---|
| 1 | NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN |
| 2 | INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES |
| 3 | OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA |
| 4 | DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT |
| 5 | TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; |
| 6 | NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; |
| 7 | NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY |
| 8 | PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY |
| 9 | INCOME AND GROWTH FUND; SUNAMERICA ASSET |
| 10 | MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES |
| 11 | OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF |
| 12 | SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO |
| 13 | (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF |
| 14 | SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE |
| 15 | CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE |
| 16 | CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK |
| 17 | PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE |
| 18 | PORTFOLIO (RENAMED SUNAMERICA STRATEGIC VALUE |
| 19 | PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, |
| 20 | INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX |
| 21 | PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS |
| 22 | TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES |
| 23 | TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; |
| 24 | BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; |
| 25 | DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK |
| 26 | INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE |
| 27 | ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE |
| 28 | PRICE GROWTH STOCK FUND; T. |

| | |
|---|---|
| 1 | ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. |
| 2 | ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY |
| 3 | INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH |
| 4 | FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. |
| 5 | ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME |
| 6 | FUND; T. ROWE PRICE NEW AJJERICA GROWTH FUND; T. ROWE |
| 7 | PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE |
| 8 | CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH |
| 9 | PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE |
| 10 | PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT- |
| 11 | TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX |
| 12 | FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. |
| 13 | ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. |
| 14 | STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL |
| 15 | LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION |
| 16 | FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND |
| 17 | FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE |
| 18 | PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE |
| 19 | STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE |
| 20 | EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. |
| 21 | ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE |
| 22 | PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP |
| 23 | TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. |
| 24 | ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND |
| 25 | INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA |
| 26 | INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; |
| 27 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION - COLLEGE |
| 28 | RETIREMENT SERVICES; COLLEGE |

| | |
|---|---|
| 1 | RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; |
| 2 | COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; |
| 3 | COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF |
| 4 | ASSET MANAGEMENT COMMINGLED FUNDS TRUST I |
| 5 | LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK |
| 6 | INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA |
| 7 | CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE- |
| 8 | CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; |
| 9 | TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-.CREF LIFE |
| 10 | FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' |
| 11 | RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; |
| 12 | OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - |
| 13 | UND HINTERLASSENENVERSICHERUNG; |
| 14 | MASTER S&P 500 INDEX SERIES OF QUANTITATIVEMASTERSERIES |
| 15 | TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST |
| 16 | OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND |
| 17 | B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 |
| 18 | INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 |
| 19 | INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS |
| 20 | BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; |
| 21 | iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS |
| 22 | - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 |
| 23 | INDEX FUND; US ALPHA TILTS TOKYO PENSION CLIENTS; NC R3000 |
| 24 | TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; |
| 25 | EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND |
| 26 | B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER |
| 27 | PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; |
| 28 | BLACKROCK CDN US ALPHA TILTS |

|   |   |
|---|---|
| 1 | NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND, |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP, |
| 15 | Defendants. |

|  |  |
|---|---|
| 1 | WHEREAS, on July 28, 2011, Plaintiffs filed their Complaint in the above-captioned matter; |
| 3 | WHEREAS, KPMG is scheduled to file its Motion to Dismiss on October 7, 2011; |
| 5 | WHEREAS, Plaintiffs are scheduled to file their memorandum in Opposition to KPMG's Motion to Dismiss on November 7, 2011 ("Opposition"); |
| 7 | WHEREAS, KPMG and the Plaintiffs have agreed to extend the 25-page limit for KPMG's Memorandum of Points of Authorities in Support of its Motion to Dismiss ("KPMG's Memorandum") and for Plaintiffs' Opposition; |
| 10 | WHEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES HEREBY STIPULATE AS FOLLOWS: |

1. KPMG's Memorandum shall not exceed 30 pages;
2. Plaintiffs' Opposition shall not exceed 35 pages; and
3. KPMG's Reply Memorandum of Points and Authorities in Support of its Motion to Dismiss shall not exceed 25 pages.

IT IS SO STIPULATED.

DATED: September 29, 2011          Respectfully submitted,

BINGHAM MCCUTCHEN LLP

By: _____
J. Warren Rissier
Attorneys for Defendant
KPMG LLP

DATED: September 29, 2011          BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

By: _____
David Kaplan
Attorneys for Plaintiffs