Name & Address:
David Siegel (SBN 101355) Daniel P. Lefler (SBN 151253)
Adam Fletcher (SBN 247949)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010  Facsimile: (310) 203-7199

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The Government of Guam Retirement Fund, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV11-06239 MRP (MANx) |
| v. | |
| Countrywide Financial Corporation, et al., | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

   SEE ATTACHMENT "A"

**Document Description:**
☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other

**Reason:**
☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☑ Manual Filing required (*reason*):
   pursuant to Local Rule 79-5

October 3, 2011                             /s/ Adam Fletcher
Date                                        Attorney Name

                                            Angelo R. Mozilo (Defendant)
                                            Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                NOTICE OF MANUAL FILING

## ATTACHMENT "A"

**List of Documents
to be filed manually**

1. Application for an Order to File Documents Under Seal *(filed under seal)*;

2. Declaration of Adam Fletcher in Support of Application for an order to File Documents Under Seal *(filed under seal)*;

3. Amended Stipulation for Certain Defendants to Extend Time to Respond to Complaint *(filed under seal)*;

4. [Proposed] Order Granting Application for an Order to File Documents Under Seal;

5. [Proposed] Order Regarding Extension of Time to Respond to Complaint; and

6. Certificate of Service.

///
///
///
///
///
///
///
///

2504340.1 01