Bingham McCutchen LLP
GWYN QUILLEN (SBN 138428)
J. WARREN RISSIER (SBN 197939)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone:  310.907.1000
Facsimile:   310.907.2000
Email:   gwyn.quillen@bingham.com
         warren.rissier@bingham.com

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
EDWARD S. KIM (SBN 192856)
CRAIG A. TAGGART (SBN 239168)
600 Anton Boulevard, 18th Floor
Costa Mesa, CA  92626-1924
Telephone:  714.830.0600
Facsimile:   714.830.0700
Email:   todd.gordinier@bingham.com
         edward.kim@bingham.com
         craig.taggart@bingham.com

Attorneys for Defendant KPMG LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND,INC.; THRIVENT | Case No. CV11-06239 MRP (MANx)<br><br>**DEFENDANT KPMG LLP'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>[Memorandum of Points & Authorities, Request for Judicial Notice and Proposed Order filed concurrently]<br><br>Date:       December 12, 2011<br>Time:      11:00 a.m.<br>Ctrm:      12<br>Judge:    Hon. Mariana R. Pfaelzer |

A/74527103.2/2010022-0000328518

| | |
|---|---|
| 1 | LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 2 | INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL |
| 3 | FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF |
| 4 | THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND |
| 5 | I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP |
| 6 | INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 7 | THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES |
| 8 | FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF |
| 9 | THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED |
| 10 | BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF |
| 11 | THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A |
| 12 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX |
| 13 | PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT |
| 14 | INCOME FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 15 | THRIVENT LIMITED MATURITY BOND FUND, A SERIES OF |
| 16 | THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A |
| 17 | SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED |
| 18 | MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 19 | INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY |
| 20 | INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL |
| 21 | PORTFOLIOS, INC. - EQUITY INDEX FUND; AMERICAN CENTURY |
| 22 | QUANTITATIVE EQUITY FUNDS, INC. - INCOME & GROWTH FUND; |
| 23 | AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. - VP INCOME & |
| 24 | GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN |
| 25 | EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH |
| 26 | ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; |
| 27 | NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF |
| 28 | NUVEEN INVESTMENT TRUST; |

A/74527103.2/2010022-0000328518

| | |
|---|---|
| 1 | NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN |
| 2 | INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES |
| 3 | OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA |
| 4 | DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT |
| 5 | TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; |
| 6 | NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; |
| 7 | NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY |
| 8 | PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY |
| 9 | INCOME AND GROWTH FUND; SUNAMERICA ASSET |
| 10 | MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES |
| 11 | OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF |
| 12 | SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO |
| 13 | (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF |
| 14 | SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE |
| 15 | CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE |
| 16 | CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK |
| 17 | PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE |
| 18 | PORTFOLIO (RENAJJED SUNAMERICA STRATEGIC VALUE |
| 19 | PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, |
| 20 | INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX |
| 21 | PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS |
| 22 | TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES |
| 23 | TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; |
| 24 | BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; |
| 25 | DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK |
| 26 | INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE |
| 27 | ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE |
| 28 | PRICE GROWTH STOCK FUND; T. |

A/74527103.2/2010022-0000328518

NOTICE OF MOTION AND MOTION TO DISMISS

CASE NO. CV11-06239 MRP (MANX)

| | |
|---|---|
| 1 | ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. |
| 2 | ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY |
| 3 | INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH |
| 4 | FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. |
| 5 | ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME |
| 6 | FUND; T. ROWE PRICE NEW AJJERICA GROWTH FUND; T. ROWE |
| 7 | PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE |
| 8 | CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH |
| 9 | PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE |
| 10 | PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT- |
| 11 | TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX |
| 12 | FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. |
| 13 | ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. |
| 14 | STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL |
| 15 | LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION |
| 16 | FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND |
| 17 | FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE |
| 18 | PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE |
| 19 | STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE |
| 20 | EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. |
| 21 | ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE |
| 22 | PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP |
| 23 | TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. |
| 24 | ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND |
| 25 | INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA |
| 26 | INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; |
| 27 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION - COLLEGE |
| 28 | RETIREMENT SERVICES; COLLEGE |

| | |
|---|---|
| 1 | RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; |
| 2 | COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; |
| 3 | COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF |
| 4 | ASSET MANAGEMENT COMMINGLED FUNDS TRUST I |
| 5 | LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK |
| 6 | INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA |
| 7 | CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE- |
| 8 | CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; |
| 9 | TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-.CREF LIFE |
| 10 | FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' |
| 11 | RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; |
| 12 | OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - |
| 13 | UND HINTERLASSENENVERSICHERUNG; |
| 14 | MASTER S&P 500 INDEX SERIES OF QUANTITATIVEMASTERSERIES |
| 15 | TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST |
| 16 | OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND |
| 17 | B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 |
| 18 | INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 |
| 19 | INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS |
| 20 | BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; |
| 21 | iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS |
| 22 | - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 |
| 23 | INDEX FUND; US ALPHA TILTS TOKYO PENSION CLIENTS; NC R3000 |
| 24 | TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; |
| 25 | EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND |
| 26 | B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER |
| 27 | PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; |
| 28 | BLACKROCK CDN US ALPHA TILTS |

A/74527103.2/2010022-0000328518

NOTICE OF MOTION AND MOTION TO DISMISS

CASE NO. CV11-06239 MRP (MANX)

| | |
|---|---|
| 1 | NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND, |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP, |
| 15 | Defendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 12, 2011, at 11:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Mariana R. Pfaelzer, United States District Judge, located at 312 N. Spring Street, Los Angeles, California 90012, Defendant KPMG LLP will and hereby does move this Court for an order dismissing all claims against KPMG in the Complaint, specifically Counts II, V, VIII, and XI, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4(b)(1), 78u-4(b)(2)(A), 78u-4(b)(3)(A), and 78u-4(b)(4); Section 13 of the Securities Act, 15 U.S.C. § 77m; and Rules 8(a)(2), 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure.  This Motion is made on the grounds that Plaintiffs' Complaint fails to state a claim on which relief can be granted and fails to plead facts with particularity under Federal Rule of Civil Procedure 9(b) and the PSLRA.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 30, 2011.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities in Support of this Motion, KPMG's Request for Judicial Notice and exhibits thereto, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at or before the time of the hearing.

DATED:  October 7, 2011                    Respectfully submitted,

                                            Bingham McCutchen LLP


                                            By:        /s/
                                               J. Warren Rissier
                                               Attorneys for Defendant KPMG LLP