| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | GWYN QUILLEN (SBN 138428) |
| 2 | J. WARREN RISSIER (SBN 197939) |
| | The Water Garden |
| 3 | Fourth Floor, North Tower |
| | 1620 26th Street |
| 4 | Santa Monica, CA  90404-4060 |
| | Telephone:  310.907.1000 |
| 5 | Facsimile:   310.907.2000 |
| | Email:   gwyn.quillen@bingham.com |
| 6 | warren.rissier@bingham.com |
| 7 | Bingham McCutchen LLP |
| | TODD E. GORDINIER (SBN 82200) |
| 8 | EDWARD S. KIM (SBN 192856) |
| | CRAIG A. TAGGART (SBN 239168) |
| 9 | 600 Anton Boulevard, 18th Floor |
| | Costa Mesa, CA  92626-1924 |
| 10 | Telephone:  714.830.0600 |
| | Facsimile:   714.830.0700 |
| 11 | Email:   todd.gordinier@bingham.com |
| | edward.kim@bingham.com |
| 12 | craig.taggart@bingham.com |
| 13 | Attorneys for Defendant KPMG LLP |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND,INC.; THRIVENT | Case No. CV11-06239 MRP (MANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KPMG LLP'S MOTION TO DISMISS COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      December 12, 2011<br>Time:     11:00 a.m.<br>Ctrm:      12<br>Judge:    Hon. Mariana R. Pfaelzer | |

A/74536450.1

| | |
|---|---|
| 1 | LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 2 | INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL |
| 3 | FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF |
| 4 | THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND |
| 5 | I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP |
| 6 | INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 7 | THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES |
| 8 | FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF |
| 9 | THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED |
| 10 | BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF |
| 11 | THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A |
| 12 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX |
| 13 | PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT |
| 14 | INCOME FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 15 | THRIVENT LIMITED MATURITY BOND FUND, A SERIES OF |
| 16 | THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A |
| 17 | SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED |
| 18 | MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 19 | INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY |
| 20 | INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL |
| 21 | PORTFOLIOS, INC. - EQUITY INDEX FUND; AMERICAN CENTURY |
| 22 | QUANTITATIVE EQUITY FUNDS, INC. - INCOME & GROWTH FUND; |
| 23 | AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. - VP INCOME & |
| 24 | GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN |
| 25 | EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH |
| 26 | ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; |
| 27 | NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF |
| 28 | NUVEEN INVESTMENT TRUST; |

A/74536450.1

| | |
|---|---|
| 1 | NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN |
| 2 | INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES |
| 3 | OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA |
| 4 | DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT |
| 5 | TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; |
| 6 | NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; |
| 7 | NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY |
| 8 | PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY |
| 9 | INCOME AND GROWTH FUND; SUNAMERICA ASSET |
| 10 | MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES |
| 11 | OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF |
| 12 | SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO |
| 13 | (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF |
| 14 | SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE |
| 15 | CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE |
| 16 | CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK |
| 17 | PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE |
| 18 | PORTFOLIO (RENAJJED SUNAMERICA STRATEGIC VALUE |
| 19 | PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, |
| 20 | INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX |
| 21 | PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS |
| 22 | TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES |
| 23 | TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; |
| 24 | BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; |
| 25 | DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK |
| 26 | INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE |
| 27 | ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE |
| 28 | PRICE GROWTH STOCK FUND; T. |

A/74536450.1

| | |
|---|---|
| 1 | ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. |
| 2 | ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY |
| 3 | INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH |
| 4 | FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. |
| 5 | ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME |
| 6 | FUND; T. ROWE PRICE NEW AJJERICA GROWTH FUND; T. ROWE |
| 7 | PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE |
| 8 | CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH |
| 9 | PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE |
| 10 | PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT- |
| 11 | TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX |
| 12 | FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. |
| 13 | ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. |
| 14 | STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL |
| 15 | LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION |
| 16 | FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND |
| 17 | FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE |
| 18 | PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE |
| 19 | STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE |
| 20 | EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. |
| 21 | ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE |
| 22 | PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP |
| 23 | TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. |
| 24 | ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND |
| 25 | INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA |
| 26 | INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; |
| 27 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION - COLLEGE |
| 28 | RETIREMENT SERVICES; COLLEGE |

A/74536450.1

PROPOSED ORDER

RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF ASSET MANAGEMENT COMMINGLED FUNDS TRUST I LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE-CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-.CREF LIFE FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - UND HINTERLASSENENVERSICHERUNG; MASTER S&P 500 INDEX SERIES OF QUANTITATIVEMASTERSERIES TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 INDEX FUND; US ALPHA TILTS TOKYO PENSION CLIENTS; NC R3000 TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; BLACKROCK CDN US ALPHA TILTS

A/74536450.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND, |
| 9 | Plaintiffs, |
| 10 | v. |
| 11<br>12<br>13<br>14 | COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP, |
| 15 | Defendants. |

A/74536450.1

PROPOSED ORDER

CASE NO. CV11-06239 MRP (MANX)

1    Defendant KPMG LLP moved this Court pursuant to the Private Securities
2  Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4(b)(1), 78u-
3  4(b)(2)(A), 78u-4(b)(3)(A), and 78u-4(b)(4); Section 13 of the Securities Act, 15
4  U.S.C. § 77m; and Rules 8(a)(2), 9(b) and 12(b)(6) of the Federal Rules of Civil
5  Procedure, for an order dismissing all claims against it in the Complaint,
6  specifically Counts II, V, VIII and XI.
7    KPMG also requested that the Court take judicial notice of (1) documents
8  publicly filed with the Securities and Exchange Commission, including
9  Countrywide Registration Statements and Form 10-Ks (Exhibits 3-10); (2)
10 complaints filed in several of the cases that were consolidated into *In re
11 Countrywide Securities Litigation*, Lead Case No. 2:07-cv-05295- MRP-MAN,
12 which are also referenced in the Complaint (Exhibits 11-15); (3) articles and press
13 releases regarding the complaints filed against Countrywide and the other
14 defendants (Exhibits 16-21); (4) Plaintiff Securities & Exchange Commission's
15 Motion In Limine No. 4 to Exclude Evidence Regarding Preparation of
16 Countrywide Financial Statements and Purported Compliance with GAAP, filed on
17 September 24, 2010 in *S.E.C. v. Mozilo*, Case No. CV 09-3994 JFW (MANx)
18 (C.D. Cal.) (Dkt. No. 374) (Exhibit 1); (5) Financial Accounting Standards Board,
19 Statement of Financial Accounting Standards No. 154, No. 268-A (May 2005)
20 (Exhibit 2); and (6) the fact that Countrywide Financial Corporation's
21 ("Countrywide") annual financial statements for the fiscal years ending December
22 31, 2004, December 31, 2005 and December 31, 2006 have not been restated.
23   Having considered all of the papers filed by the parties in connection with
24 KPMG's Motion to Dismiss and Request for Judicial Notice, the parties'
25 arguments at the hearing on the Motion, and other matters of which the Court may
26 properly take judicial notice, the Court orders as follows:
27   KPMG's Request for Judicial Notice is GRANTED pursuant to Federal Rule
28 of Evidence 201(b); and

A/74536450.1                           - 1 -

1  KPMG's Motion to Dismiss is GRANTED. Counts II, V, VIII and XI
2  against KPMG are DISMISSED WITH PREJUDICE.
3  IT IS SO ORDERED.
4
5  DATED: _____
6
7
8  _____
   HON. MARIANA R. PFAELZER
   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28