Bingham McCutchen LLP
GWYN QUILLEN (SBN 138428)
J. WARREN RISSIER (SBN 197939)
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310.907.1000
Facsimile: 310.907.2000
Email: gwyn.quillen@bingham.com
warren.rissier@bingham.com

Bingham McCutchen LLP
TODD E. GORDINIER (SBN 82200)
EDWARD S. KIM (SBN 192856)
CRAIG A. TAGGART (SBN 239168)
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700
Email: todd.gordinier@bingham.com
edward.kim@bingham.com
craig.taggart@bingham.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND,INC.; THRIVENT | Case No. CV11-06239 MRP (MANx)<br><br>**DEFENDANT KPMG LLP'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1** |

LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT INCOME FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LIMITED MATURITY BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL PORTFOLIOS, INC. - EQUITY INDEX FUND; AMERICAN CENTURY QUANTITATIVE EQUITY FUNDS, INC. - INCOME & GROWTH FUND; AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. - VP INCOME & GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST;

NUVEEN NWQ LARGE-CAP VALUE FUND,ASERIESOFNUVEEN INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND; SUNAMERICA ASSET MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE PORTFOLIO (RENAJJED SUNAMERICA STRATEGIC VALUE PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICASERIES TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE PRICE GROWTH STOCK FUND; T.

ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME FUND; T. ROWE PRICE NEW AJJERICA GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT-TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION - COLLEGE RETIREMENT SERVICES; COLLEGE

RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF ASSET MANAGEMENT COMMINGLED FUNDS TRUST I LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE-CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-.CREF LIFE FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - UND HINTERLASSENENVERSICHERUNG; MASTER S&P 500 INDEX SERIES OF QUANTITATIVEMASTERSERIES TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 INDEX FUND; US ALPHA TILTS TOKYO PENSION CLIENTS; NC R3000 TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; BLACKROCK CDN US ALPHA TILTS

NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND,

Plaintiffs,

v.

COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP,

Defendants.

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Defendant KPMG LLP certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. KPMG LLP, a limited liability partnership headquartered in New York, which has no parent corporation, Defendant;
2. The Government of Guam Retirement Fund, Plaintiff;
3. Montana Board of Investments, Plaintiff;
4. Maryland State Retirement And Pension System, Plaintiff;
5. Norges Bank, Plaintiff;
6. Royal Mail Pension Plan, Plaintiff;
7. Stichting Pensioenfonds Zorg En Welzijn Represented by Pggm Vermogensbeheer B.V., Plaintiff;
8. Thrivent Financial For Lutherans, Plaintiff;
9. Robert L. Kosnoski, Plaintiff;
10. Thrivent Financial For Lutherans Foundation, Plaintiff;
11. Kalamazoo Anesthesiology PSP FBO Dr Barbara A. Page, Plaintiff;
12. Thrivent Large Cap Value Fund, A Series of Thrivent Mutual Funds, Plaintiff;
13. Thrivent Large Cap Stock Portfolio, A Series of Thrivent Series Fund, Inc. , Plaintiff;
14. Thrivent Partner All Cap Portfolio, A Series of Thrivent Series Fund, Inc., Plaintiff;
15. Thrivent Large Cap Value Portfolio, A Series of Thrivent Series Fund, Inc., Plaintiff;
16. Thrivent Balanced Fund, A Series of Thrivent Mutual Funds, Plaintiff;

17. Thrivent Large Cap Stock Fund, A Series of Thrivent Mutual Funds, Plaintiff;

18. Thrivent Large Cap Index Fund I, A Series of Thrivent Mutual Funds, Plaintiff;

19. Thrivent Large Cap Index Fund, A Series of Thrivent Mutual Funds, Plaintiff;

20. Thrivent Balanced Portfolio, A Series of Thrivent Series Fund, Inc., Plaintiff;

21. Thrivent Large Cap Index Portfolio, A Series of Thrivent Series Fund, Inc. , Plaintiff;

22. Thrivent Financial Defined Benefit Plan Trust, Plaintiff;

23. Thrivent Core Bond Fund, A Series of Thrivent Mutual Funds, Plaintiff;

24. Thrivent Bond Index Fund, A Series of Thrivent Mutual Funds, Plaintiff;

25. Thrivent Bond Index Portfolio, A Series of Thrivent Series Fund, Inc., Plaintiff;

26. Thrivent Income Fund, A Series of Thrivent Mutual Funds, Plaintiff;

27. Thrivent Limited Maturity Bond Fund, A Series of Thrivent Mutual Funds, Plaintiff;

28. Thrivent Income Portfolio, A Series of Thrivent Series Fund, Inc., Plaintiff;

29. Thrivent Limited Maturity Bond Portfolio, A Series of Thrivent Series Fund, Inc., Plaintiff;

30. Thrivent Life Insurance Company, Plaintiff;

31. American Century Investment Management, Plaintiff;

32. American Century Capital Portfolios, Inc. - Equity Index Fund, Plaintiff;

33. American Century Quantitative Equity Funds, Inc. - Income & Growth Fund, Plaintiff;

34. American Century Variable Portfolios, Inc. - VP Income & Growth Fund, Plaintiff;

35. Nuveen Investments, Inc., Plaintiff;

36. Nuveen Equity Premium Opportunity Fund, Plaintiff;

37. Nuveen Growth Allocation Fund, A Series of Nuveen Investment Trust, Plaintiff;

38. Nuveen Multi-Manager Large-Cap Value Fund, A Series of Nuveen Investment Trust, Plaintiff;

39. Nuveen NWQ Large-Cap Value Fund, A series of Nuveen Investment Trust, Plaintiff;

40. Nuveen NWQ Multi-Cap Value Fund, A Series of Nuveen Investment Trust, Plaintiff;

41. Nuveen Santa Barbara Dividend Growth Fund, A Series of Nuveen Investment Trust II, Plaintiff;

42. Nuveen Quality Preferred Income Fund, Plaintiff;

43. Nuveen Multi-Strategy Income And Growth Fund 2, Plaintiff;

44. Nuveen Quality Preferred Income Fund 2, Plaintiff;

45. Nuveen Quality Preferred Income Fund 3, Plaintiff;

46. Nuveen Multi-Strategy Income And Growth Fund, Plaintiff;

47. Sunamerica Asset Management Corp., Plaintiff;

48. Strategic Multi-Asset Portfolio, A Series of Anchor Series Trust, Plaintiff;

49. Focus Growth Portfolio, A Series of Seasons Series Trust, Plaintiff;

50. Large Cap Composite Portfolio (Merged Into The Large Cap Growth Portfolio, A Series of Seasons Series Trust), A Series of Seasons Series Trust, Plaintiff;

51. Large Cap Growth Portfolio, A Series of Seasons Series Trust, Plaintiff;

52. Large Cap Value Portfolio, A Series of Seasons Series Trust, Plaintiff;

53. Stock Portfolio, A Series of Seasons Series Trust, Plaintiff;

54. Focused Value Portfolio (Renajjed Sunamerica Strategic Value Portfolio), A Series of Sunamerica Focused Series, Inc. (Renamed Sunamerica Series, Inc.), Plaintiff;

55. Equity Index Portfolio, A Series of Sunamerica Series Trust, Plaintiff;

56. MFS Total Return Portfolio, A Series of Sun America Series Trust, Plaintiff;

57. Asset Allocation Fund, A Series of Valic Company I, Plaintiff;

58. Blue Chip Growth Fund, A Series of Valic Company I, Plaintiff;

59. Dividend Value Fund, A Series of Valic Company I, Plaintiff;

60. Stock Index Fund, A Series of Valic Company I, Plaintiff;

61. T. Rowe Price Associates, Inc., Plaintiff;

62. T. Rowe Price Equity Income Fund, Plaintiff;

63. T. Rowe Price Growth Stock Fund, Plaintiff;

64. T. Rowe Price Value Fund, Plaintiff;

65. T. Rowe Price Blue Chip Growth Fund, Plaintiff;

66. T. Rowe Price Equity Income Portfolio, Plaintiff;

67. T. Rowe Price Equity Index 500 Fund, Plaintiff;

68. T. Rowe Price Personal Strategy Growth Fund, Plaintiff;

69. T. Rowe Price Personal Strategy Balanced Fund, Plaintiff;

70. T. Rowe Price Financial Services, Plaintiff;

71. T. Rowe Price Growth & Income Fund, Plaintiff;

72. T. Rowe Price New Ajjerica Growth Fund, Plaintiff;

73. T. Rowe Price Personal Strategy Income Fund, Plaintiff;

74. T. Rowe Price Capital Opportunity Fund, Plaintiff;

75. T. Rowe Price Blue Chip Growth Portfolio, Plaintiff;
76. T. Rowe Price New Income Fund, Plaintiff;
77. T. Rowe Price Personal Strategy Balanced Portfolio, Plaintiff;
78. T. Rowe Price Short- Term Bond Fund, Plaintiff;
79. T. Rowe Price Total Equity Market Index Fund, Plaintiff;
80. T. Rowe Price New America Growth Portfolio, Plaintiff;
81. T. Rowe Price Balanced Fund, Plaintiff;
82. T. Rowe Price Institutional U.S. Structured Research Fund, Plaintiff;
83. T. Rowe Price Institutional Large-Cap Core Growth Fund, Plaintiff;
84. T. Rowe Price Inflation Focused Bond Fund, Plaintiff;
85. T. Rowe Price Georgia Tax-Free Bond Fund, Plaintiff;
86. T. Rowe Price Equity Index 500 Portfolio, Plaintiff;
87. T. Rowe Price Limited-Term Bond Portfolio, Plaintiff;
88. T. Rowe Price Structured Research Common Trust Fund, Plaintiff;
89. T. Rowe Price Equity Income Trust, Plaintiff;
90. T. Rowe Price Equity Index Trust, Plaintiff;
91. T. Rowe Price Stable Value Common Trust Fund, Plaintiff;
92. T. Rowe Price Growth And Income Trust, Plaintiff;
93. Alaska Large-Cap Trust, Plaintiff;
94. T. Rowe Price Managed Bond Common Trust Fund, Plaintiff;
95. T. Rowe Price Growth Stock Trust, Plaintiff;
96. T. Rowe Price Bond Index Trust, Plaintiff;
97. Alaska Money Market Trust, Plaintiff;
98. Alaska International Trust, Plaintiff;
99. Teacher Retirement System of Texas, Plaintiff;
100. Teachers Insurance And Annuity Association - College Retirement Services, Plaintiff;
101. College Retirement Equities Fund Equity Index Account, Plaintiff;

102. College Retirement Equities Fund Global Equities Account, Plaintiff;

103. College Retirement Equities Fund Stock Account, Plaintiff;

104. TIAA-CREF Asset Management Commingled Funds Trust I Large Cap Value Fund, Plaintiff;

105. TIAA Separate Account Va-1 Stock Index Account, Plaintiff;

106. TIAA-CREF Funds Equity Index Fund, Plaintiff;

107. TIAA CREF Funds Large-Cap Value Fund, Plaintiff;

108. TIAA-CREF Funds Large-Cap Value Index Fund, Plaintiff;

109. TIAA-CREF Funds S&P 500 Index Fund, Plaintiff;

110. TIAA-CREF Life Funds Large-Cap Value Fund, Plaintiff;

111. TIAA-.CREF Life Funds Stock Index Fund, Plaintiff;

112. California Public Employees' Retirement System, Plaintiff;

113. Blackrock Financial Management, Inc., Plaintiff;

114. Obsidian Master Fund Trust, Plaintiff;

115. Ausgleichsfonds Der Alters -Und Hinterlassenenversicherung, Plaintiff;

116. Master S&P 500 Index Series of Quantitative Master Series Trust, Plaintiff;

117. Equity Index Trust, Plaintiff;

118. Large Cap Value Index Trust of QA Collective Trust Series, Plaintiff;

119. Russell 1000 Alpha Tilts Fund B, Plaintiff;

120. Equity Index Fund, Plaintiff;

121. Alpha Tilts Fund B, Plaintiff;

122. iShares S&P 500 Index Fund, Plaintiff;

123. iShares Russell 1000 Value Fund, Plaintiff;

124. Russell 1000 Index Fund, Plaintiff;

125. Russell 1000 Value Fund, Plaintiff;

126. Russell 1000 Alpha Tilts Bl, Plaintiff;

127. Active Stock Fund E, Plaintiff;

128. Ascent Life US Equity Fund, Plaintiff;

129. iShares S&P 500 Growth Fund, Plaintiff;

130. Barclays International Funds - USA Equity Fund, Plaintiff;

131. Russell 1000 Value Fund B, Plaintiff;

132. Russell 3000 Index Fund, Plaintiff;

133. US Alpha Tilts Tokyo Pension Clients, Plaintiff;

134. NC R3000 Tilts Sep Acct, Plaintiff;

135. Russell 1000 Value Alpha Tilts Fund B, Plaintiff;

136. Equity Index Fund B, Plaintiff;

137. Large Capitalization Core Tilts Fund B, Plaintiff;

138. U.S. Equity Market Fund B, Plaintiff;

139. Active Stock Master Portfolio, Plaintiff;

140. Omers Russell 1000 Enhanced Index Mandate, Plaintiff;

141. Blackrock Cdn Us Alpha Tilts Non-Taxable Fund, Plaintiff;

142. FMC-US R3000 Alpha Tilts U/A, Plaintiff;

143. iShares Russell 1000 Indx Fund, Plaintiff;

144. Blackrock CDN US Equity Index Non-Taxable Fund, Plaintiff;

145. iShares Russell 3000 Index Fund, Plaintiff;

146. iShares Dow Jones Us Financial Sector Index Fund, Plaintiff;

147. CDP Alpha Tilts Separate Account, Plaintiff;

148. MSCI U.S. Equity Index Fund B, Plaintiff;

149. NZ Super US Tilts, Plaintiff;

150. Lucent Eq Indx Sep Acct, Plaintiff;

151. Aquila Life US Equity Index Fund, Plaintiff

152. Ascent Life US Equity Fund, Plaintiff

153. Countrywide Financial Corporation, Defendant;

154. Countrywide Capital V, Defendant;

155. Bank of America Corporation, Defendant;

156. Angelo R. Mozilo, Defendant;

157. David Sambol, Defendant; and

158. Eric P. Sieracki, Defendant.

DATED: October 7, 2011

Respectfully submitted,

Bingham McCutchen LLP

By: /s/
J. Warren Rissier
Attorneys for Defendant KPMG LLP