1   Robbins, Russell, Englert, Orseck, Untereiner
      & Sauber LLP
2   KATHRYN S. ZECCA (SBN 178323)
    1801 K Street, NW
3   Suite 411
    Washington, DC 20006
4   Telephone:  202.775.4508
    Facsimile:   202.775.4510
5   Email:   kzecca@robbinsrussell.com

6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND,INC.; THRIVENT LARGE CAP VALUE PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; | Case No. CV11-06239 MRP (MANx) **SECOND AMENDED STIPULATION FOR CERTAIN DEFENDANTS TO EXTEND TIME TO RESPOND TO COMPLAINT** Ctrm:   12 Judge:   Hon. Mariana R. Pfaelzer |

THRIVENT BALANCED PORTFOLIO,
A SERIES OF THRIVENT SERIES
FUND, INC.; THRIVENT LARGE CAP
INDEX PORTFOLIO, A SERIES OF
THRIVENT SERIES FUND, INC.;
THRIVENT FINANCIAL DEFINED
BENEFIT PLAN TRUST; THRIVENT
CORE BOND FUND, A SERIES OF
THRIVENT MUTUAL FUNDS;
THRIVENT BOND INDEX FUND, A
SERIES OF THRIVENT MUTUAL
FUNDS; THRIVENT BOND INDEX
PORTFOLIO, A SERIES OF THRIVENT
SERIES FUND, INC.; THRIVENT
INCOME FUND, A SERIES OF
THRIVENT MUTUAL FUNDS;
THRIVENT LIMITED MATURITY
BOND FUND, A SERIES OF
THRIVENT MUTUAL FUNDS;
THRIVENT INCOME PORTFOLIO, A
SERIES OF THRIVENT SERIES FUND,
INC.; THRIVENT LIMITED
MATURITY BOND PORTFOLIO, A
SERIES OF THRIVENT SERIES FUND,
INC.; THRIVENT LIFE INSURANCE
COMPANY; AMERICAN CENTURY
INVESTMENT MANAGEMENT;
AMERICAN CENTURY CAPITAL
PORTFOLIOS, INC. - EQUITY INDEX
FUND; AMERICAN CENTURY
QUANTITATIVE EQUITY FUNDS,
INC. - INCOME & GROWTH FUND;
AMERICAN CENTURY VARIABLE
PORTFOLIOS, INC. - VP INCOME &
GROWTH FUND; NUVEEN
INVESTMENTS, INC.; NUVEEN
EQUITY PREMIUM OPPORTUNITY
FUND; NUVEEN GROWTH
ALLOCATION FUND, A SERIES OF
NUVEEN INVESTMENT TRUST;
NUVEEN MULTI-MANAGER LARGE-
CAP VALUE FUND, A SERIES OF
NUVEEN INVESTMENT TRUST;
NUVEEN NWQ LARGE-CAP VALUE
FUND,ASERIESOFNUVEEN
INVESTMENT TRUST; NUVEEN NWQ
MULTI-CAP VALUE FUND, A SERIES
OF NUVEEN INVESTMENT TRUST;
NUVEEN SANTA BARBARA
DIVIDEND GROWTH FUND, A
SERIES OF NUVEEN INVESTMENT
TRUST II; NUVEEN QUALITY
PREFERRED INCOME FUND;
NUVEEN MULTI-STRATEGY
INCOME AND GROWTH FUND 2;

1  NUVEEN QUALITY PREFERRED
   INCOME FUND 2; NUVEEN QUALITY
2  PREFERRED INCOME FUND 3;
   NUVEEN MULTI-STRATEGY
3  INCOME AND GROWTH FUND;
   SUNAMERICA ASSET
4  MANAGEMENT CORP.; STRATEGIC
   MULTI-ASSET PORTFOLIO, A SERIES
5  OF ANCHOR SERIES TRUST; FOCUS
   GROWTH PORTFOLIO, A SERIES OF
6  SEASONS SERIES TRUST; LARGE
   CAP COMPOSITE PORTFOLIO
7  (MERGED INTO THE LARGE CAP
   GROWTH PORTFOLIO, A SERIES OF
8  SEASONS SERIES TRUST), A SERIES
   OF SEASONS SERIES TRUST; LARGE
9  CAP GROWTH PORTFOLIO, A SERIES
   OF SEASONS SERIES TRUST; LARGE
10 CAP VALUE PORTFOLIO, A SERIES
   OF SEASONS SERIES TRUST; STOCK
11 PORTFOLIO, A SERIES OF SEASONS
   SERIES TRUST; FOCUSED VALUE
12 PORTFOLIO (RENAJJED
   SUNAMERICA STRATEGIC VALUE
13 PORTFOLIO), A SERIES OF
   SUNAMERICA FOCUSED SERIES,
14 INC. (RENAMED SUNAMERICA
   SERIES, INC.); EQUITY INDEX
15 PORTFOLIO, A SERIES OF
   SUNAMERICA SERIES TRUST; MFS
16 TOTAL RETURN PORTFOLIO, A
   SERIES OF SUNAMERICASERIES
17 TRUST; ASSET ALLOCATION FUND,
   A SERIES OF VALIC COMPANY I;
18 BLUE CHIP GROWTH FUND, A
   SERIES OF VALIC COMPANY I;
19 DIVIDEND VALUE FUND, A SERIES
   OF VALIC COMPANY I; STOCK
20 INDEX FUND, A SERIES OF VALIC
   COMPANY I; T. ROWE PRICE
21 ASSOCIATES, INC.; T. ROWE PRICE
   EQUITY INCOME FUND; T. ROWE
22 PRICE GROWTH STOCK FUND; T.
   ROWE PRICE VALUE FUND; T. ROWE
23 PRICE BLUE CHIP GROWTH FUND; T.
   ROWE PRICE EQUITY INCOME
24 PORTFOLIO; T. ROWE PRICE EQUITY
   INDEX 500 FUND; T. ROWE PRICE
25 PERSONAL STRATEGY GROWTH
   FUND; T. ROWE PRICE PERSONAL
26 STRATEGY BALANCED FUND; T.
   ROWE PRICE FINANCIAL SERVICES;
27 T. ROWE PRICE GROWTH & INCOME
   FUND; T. ROWE PRICE NEW
28 AJJERICA GROWTH FUND; T. ROWE

PRICE PERSONAL STRATEGY
INCOME FUND; T. ROWE PRICE
CAPITAL OPPORTUNITY FUND; T.
ROWE PRICE BLUE CHIP GROWTH
PORTFOLIO; T. ROWE PRICE NEW
INCOME FUND; T. ROWE PRICE
PERSONAL STRATEGY BALANCED
PORTFOLIO; T. ROWE PRICE SHORT-
TERM BOND FUND; T. ROWE PRICE
TOTAL EQUITY MARKET INDEX
FUND; T. ROWE PRICE NEW
AMERICA GROWTH PORTFOLIO; T.
ROWE PRICE BALANCED FUND; T.
ROWE PRICE INSTITUTIONAL U.S.
STRUCTURED RESEARCH FUND; T.
ROWE PRICE INSTITUTIONAL
LARGE-CAP CORE GROWTH FUND;
T. ROWE PRICE INFLATION
FOCUSED BOND FUND; T. ROWE
PRICE GEORGIA TAX-FREE BOND
FUND; T. ROWE PRICE EQUITY
INDEX 500 PORTFOLIO; T. ROWE
PRICE LIMITED-TERM BOND
PORTFOLIO; T. ROWE PRICE
STRUCTURED RESEARCH COMMON
TRUST FUND; T. ROWE PRICE
EQUITY INCOME TRUST; T. ROWE
PRICE EQUITY INDEX TRUST; T.
ROWE PRICE STABLE VALUE
COMMON TRUST FUND; T. ROWE
PRICE GROWTH AND INCOME
TRUST; ALASKA LARGE-CAP
TRUST; T. ROWE PRICE MANAGED
BOND COMMON TRUST FUND; T.
ROWE PRICE GROWTH STOCK
TRUST; T. ROWE PRICE BOND
INDEX TRUST; ALASKA MONEY
MARKET TRUST; ALASKA
INTERNATIONAL TRUST; TEACHER
RETIREMENT SYSTEM OF TEXAS;
TEACHERS INSURANCE AND
ANNUITY ASSOCIATION - COLLEGE
RETIREMENT SERVICES; COLLEGE
RETIREMENT EQUITIES FUND
EQUITY INDEX ACCOUNT;
COLLEGE RETIREMENT EQUITIES
FUND GLOBAL EQUITIES ACCOUNT;
COLLEGE RETIREMENT EQUITIES
FUND STOCK ACCOUNT; TIAA-CREF
ASSET MANAGEMENT
COMMINGLED FUNDS TRUST I
LARGE CAP VALUE FUND; TIAA
SEPARATE ACCOUNT VA-1 STOCK
INDEX ACCOUNT; TIAA-CREF
FUNDS EQUITY INDEX FUND; TIAA

CREF FUNDS LARGE-CAP VALUE
FUND; TIAA-CREF FUNDS LARGE-
CAP VALUE INDEX FUND; TIAA-
CREF FUNDS S&P 500 INDEX FUND;
TIAA-CREF LIFE FUNDS LARGE-CAP
VALUE FUND; TIAA-.CREF LIFE
FUNDS STOCK INDEX FUND;
CALIFORNIA PUBLIC EMPLOYEES'
RETIREMENT SYSTEM; BLACKROCK
FINANCIAL MANAGEMENT, INC.;
OBSIDIAN MASTER FUND TRUST;
AUSGLEICHSFONDS DER ALTERS -
UND
HINTERLASSENENVERSICHERUNG;
MASTER S&P 500 INDEX SERIES OF
QUANTITATIVEMASTERSERIES
TRUST; EQUITY INDEX TRUST;
LARGE CAP VALUE INDEX TRUST
OF QA COLLECTIVE TRUST SERIES;
RUSSELL 1000 ALPHA TILTS FUND
B; EQUITY INDEX FUND; ALPHA
TILTS FUND B; iSHARES S&P 500
INDEX FUND; iSHARES RUSSELL
1000 VALUE FUND; RUSSELL 1000
INDEX FUND; RUSSELL 1000 VALUE
FUND; RUSSELL 1000 ALPHA TILTS
BL; ACTIVE STOCK FUND E;
ASCENT LIFE US EQUITY FUND;
iSHARES S&P 500 GROWTH FUND;
BARCLAYS INTERNATIONAL FUNDS
- USA EQUITY FUND; RUSSELL 1000
VALUE FUND B; RUSSELL 3000
INDEX FUND; US ALPHA TILTS
TOKYO PENSION CLIENTS; NC R3000
TILTS SEP ACCT; RUSSELL 1000
VALUE ALPHA TILTS FUND B;
EQUITY INDEX FUND B; LARGE
CAPITALIZATION CORE TILTS FUND
B; U.S. EQUITY MARKET FUND B;
ACTIVE STOCK MASTER
PORTFOLIO; OMERS RUSSELL 1000
ENHANCED INDEX MANDATE;
BLACKROCK CDN US ALPHA TILTS
NON-TAXABLE FUND; FMC-US
R3000 ALPHA TILTS U/A; iSHARES
RUSSELL 1000 INDX FUND;
BLACKROCK CDN US EQUITY
INDEX NON-TAXABLE FUND;
iSHARES RUSSELL 3000 INDEX
FUND; iSHARES DOW JONES US
FINANCIAL SECTOR INDEX FUND;
CDP ALPHA TILTS SEPARATE
ACCOUNT; MSCI U.S. EQUITY INDEX
FUND B; NZ SUPER US TILTS;
LUCENT EQ INDX SEP ACCT;

1  AQUILA LIFE US EQUITY INDEX
   FUND; and ASCENT LIFE US EQUITY
2  FUND,

3          Plaintiffs,

4      v.

5  COUNTRYWIDE FINANCIAL
   CORPORATION, COUNTRYWIDE
6  CAPITAL V, BANK OF AMERICA
   CORPORATION, ANGELO R.
7  MOZILO, DAVID SAMBOL, ERIC P.
   SIERACKI, and KPMG LLP,

8
           Defendants.
9

10

11         WHEREAS on July 28, 2011, Plaintiffs filed their Complaint in the above-

12  captioned matter;

13         WHEREAS all defendants have been served;

14         WHEREAS the due date for responses to the Complaint by defendants

15  Countrywide Financial Corporation, Countrywide Capital V, Bank of America

16  Corporation, Angelo R. Mozilo, David Sambol, and Eric P. Sieracki (collectively,

17  the "Countrywide Defendants"), pursuant to an Order Regarding Extension of

18  Time to Respond to Complaint entered by this Court on October 6, 2011 (ECF No.

19  30), is October 28, 2011;

20         WHEREAS the parties to this stipulation, including Plaintiffs and the

21  Countrywide Defendants, have agreed that the deadline for the Countrywide

22  Defendants to respond to the Complaint should be extended;

23         WHEREAS such extension will not impact the briefing schedule for the

24  motion to dismiss filed by defendant KPMG LLP that has been previously ordered

25  by the Court.

26         WHEREFORE, SUBJECT TO THE APPROVAL OF THE COURT,

27  PLAINTIFFS AND THE COUNTRYWIDE DEFENDANTS HEREBY

28  STIPULATE AS FOLLOWS:

A/74505164.1/2010022-0000328518                           - 6 -

1.   The Countrywide Defendants in the above-captioned action shall respond to the Complaint on or before November 28, 2011;

2.   Plaintiffs shall file and serve any opposition to any motion to dismiss on or before January 3, 2012;

3.   Defendants shall file and serve any reply memoranda in support of any motion to dismiss on or before January 23, 2012;

4.   Any motions to dismiss by the Countrywide Defendants shall be heard by the Court on Monday, February 6, 2012, at 11:00 a.m., or as soon beforehand or thereafter as this matter may be heard.

IT IS SO STIPULATED.

DATED:  October 26, 2011            Respectfully submitted,

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP


By: _____/s/_____
      Niki L. Mendoza
      Attorneys for Plaintiffs


DATED:  October 26, 2011            IRELL & MANELLA LLP


By: _____/s/_____
      Adam Fletcher
      Attorneys for Defendant
      Angelo Mozilo

1  DATED: October 26, 2011    SLATER HERSEY & LIEBERMAN LLP

2

3

4  By: _____ /s/ _____
    Jonathan P. Hersey
    Attorneys for Defendant
5      David Sambol

6

7  DATED: October 26, 2011    KEKER & VAN NEST LLP

8

9

10  By: _____ /s/ _____
    Stuart Gasner
    Attorneys for Defendant
11      Eric Sieracki

12

13  DATED: October 26, 2011    ROBBINS, RUSSELL, ENGLERT, ORSECK,
14      UNTEREINER & SAUBER LLP

15

16

17  By: _____ /s/ _____
    Kathryn S. Zecca
    Attorneys for Defendants
18      Countrywide Financial Corporation &
19      Countrywide Capital V

20

21  DATED: October 26, 2011    MUNGER, TOLLES & OLSON LLP

22

23  By: _____ /s/ _____
    Marc G.T. Dwyer
24      Attorneys for Defendant Bank of
    America Corporation

25

26

27

28

A/74505164.1/2010022-0000328518    - 8 -