1   Robbins, Russell, Englert, Orseck, Untereiner
      & Sauber LLP
2   KATHRYN S. ZECCA (SBN 178323)
    1801 K Street, NW
3   Suite 411
    Washington, DC 20006
4   Telephone:  202.775.4508
    Facsimile:  202.775.4510
5   Email:        kzecca@robbinsrussell.com

6

7                UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10  THE GOVERNMENT OF GUAM                  Case No. CV11-06239 MRP (MANx)
    RETIREMENT FUND; MONTANA
11  BOARD OF INVESTMENTS;                   **[PROPOSED] ORDER**
    MARYLAND STATE RETIREMENT               **REGARDING AMENDED**
12  AND PENSION SYSTEM; NORGES              **STIPULATION FOR CERTAIN**
    BANK; ROYAL MAIL PENSION PLAN;          **DEFENDANTS TO EXTEND**
13  STICHTING PENSIOENFONDS ZORG            **TIME TO RESPOND TO**
    EN WELZIJN REPRESENTED BY               **COMPLAINT**
14  PGGM VERMOGENSBEHEER B.V.;
    THRIVENT FINANCIAL FOR                  Ctrm:    12
15  LUTHERANS; ROBERT L. KOSNOSKI;          Judge:   Hon. Mariana R. Pfaelzer
    THRIVENT FINANCIAL FOR
16  LUTHERANS FOUNDATION;
    KALAMAZOO ANESTHESIOLOGY
17  PSP FBO DR BARBARA A. PAGE;
    THRIVENT LARGE CAP VALUE
18  FUND, A SERIES OF THRIVENT
    MUTUAL FUNDS; THRIVENT LARGE
19  CAP STOCK PORTFOLIO, A SERIES
    OF THRIVENT SERIES FUND, INC.;
20  THRIVENT PARTNER ALL CAP
    PORTFOLIO, A SERIES OF THRIVENT
21  SERIES FUND,INC.; THRIVENT
    LARGE CAP VALUE PORTFOLIO, A
22  SERIES OF THRIVENT SERIES FUND,
    INC.; THRIVENT BALANCED FUND,
23  A SERIES OF THRIVENT MUTUAL
    FUNDS; THRIVENT LARGE CAP
24  STOCK FUND, A SERIES OF
    THRIVENT MUTUAL FUNDS;
25  THRIVENT LARGE CAP INDEX FUND
    I, A SERIES OF THRIVENT MUTUAL
26  FUNDS; THRIVENT LARGE CAP
    INDEX FUND, A SERIES OF
27  THRIVENT MUTUAL FUNDS;
    THRIVENT BALANCED PORTFOLIO,
28  A SERIES OF THRIVENT SERIES

A/74505166.1/2010022-0000328518                    - 1 -

1  | FUND, INC.; THRIVENT LARGE CAP
   | INDEX PORTFOLIO, A SERIES OF
2  | THRIVENT SERIES FUND, INC.;
   | THRIVENT FINANCIAL DEFINED
3  | BENEFIT PLAN TRUST; THRIVENT
   | CORE BOND FUND, A SERIES OF
4  | THRIVENT MUTUAL FUNDS;
   | THRIVENT BOND INDEX FUND, A
5  | SERIES OF THRIVENT MUTUAL
   | FUNDS; THRIVENT BOND INDEX
6  | PORTFOLIO, A SERIES OF THRIVENT
   | SERIES FUND, INC.; THRIVENT
7  | INCOME FUND, A SERIES OF
   | THRIVENT MUTUAL FUNDS;
8  | THRIVENT LIMITED MATURITY
   | BOND FUND, A SERIES OF
9  | THRIVENT MUTUAL FUNDS;
   | THRIVENT INCOME PORTFOLIO, A
10 | SERIES OF THRIVENT SERIES FUND,
   | INC.; THRIVENT LIMITED
11 | MATURITY BOND PORTFOLIO, A
   | SERIES OF THRIVENT SERIES FUND,
12 | INC.; THRIVENT LIFE INSURANCE
   | COMPANY; AMERICAN CENTURY
13 | INVESTMENT MANAGEMENT;
   | AMERICAN CENTURY CAPITAL
14 | PORTFOLIOS, INC. - EQUITY INDEX
   | FUND; AMERICAN CENTURY
15 | QUANTITATIVE EQUITY FUNDS,
   | INC. - INCOME & GROWTH FUND;
16 | AMERICAN CENTURY VARIABLE
   | PORTFOLIOS, INC. - VP INCOME &
17 | GROWTH FUND; NUVEEN
   | INVESTMENTS, INC.; NUVEEN
18 | EQUITY PREMIUM OPPORTUNITY
   | FUND; NUVEEN GROWTH
19 | ALLOCATION FUND, A SERIES OF
   | NUVEEN INVESTMENT TRUST;
20 | NUVEEN MULTI-MANAGER LARGE-
   | CAP VALUE FUND, A SERIES OF
21 | NUVEEN INVESTMENT TRUST;
   | NUVEEN NWQ LARGE-CAP VALUE
22 | FUND,ASERIESOFNUVEEN
   | INVESTMENT TRUST; NUVEEN NWQ
23 | MULTI-CAP VALUE FUND, A SERIES
   | OF NUVEEN INVESTMENT TRUST;
24 | NUVEEN SANTA BARBARA
   | DIVIDEND GROWTH FUND, A
25 | SERIES OF NUVEEN INVESTMENT
   | TRUST II; NUVEEN QUALITY
26 | PREFERRED INCOME FUND;
   | NUVEEN MULTI-STRATEGY
27 | INCOME AND GROWTH FUND 2;
   | NUVEEN QUALITY PREFERRED
28 | INCOME FUND 2; NUVEEN QUALITY

A/74505166.1/2010022-0000328518                                    - 2 -

PREFERRED INCOME FUND 3;
NUVEEN MULTI-STRATEGY
INCOME AND GROWTH FUND;
SUNAMERICA ASSET
MANAGEMENT CORP.; STRATEGIC
MULTI-ASSET PORTFOLIO, A SERIES
OF ANCHOR SERIES TRUST; FOCUS
GROWTH PORTFOLIO, A SERIES OF
SEASONS SERIES TRUST; LARGE
CAP COMPOSITE PORTFOLIO
(MERGED INTO THE LARGE CAP
GROWTH PORTFOLIO, A SERIES OF
SEASONS SERIES TRUST), A SERIES
OF SEASONS SERIES TRUST; LARGE
CAP GROWTH PORTFOLIO, A SERIES
OF SEASONS SERIES TRUST; LARGE
CAP VALUE PORTFOLIO, A SERIES
OF SEASONS SERIES TRUST; STOCK
PORTFOLIO, A SERIES OF SEASONS
SERIES TRUST; FOCUSED VALUE
PORTFOLIO (RENAJJED
SUNAMERICA STRATEGIC VALUE
PORTFOLIO), A SERIES OF
SUNAMERICA FOCUSED SERIES,
INC. (RENAMED SUNAMERICA
SERIES, INC.); EQUITY INDEX
PORTFOLIO, A SERIES OF
SUNAMERICA SERIES TRUST; MFS
TOTAL RETURN PORTFOLIO, A
SERIES OF SUNAMERICASERIES
TRUST; ASSET ALLOCATION FUND,
A SERIES OF VALIC COMPANY I;
BLUE CHIP GROWTH FUND, A
SERIES OF VALIC COMPANY I;
DIVIDEND VALUE FUND, A SERIES
OF VALIC COMPANY I; STOCK
INDEX FUND, A SERIES OF VALIC
COMPANY I; T. ROWE PRICE
ASSOCIATES, INC.; T. ROWE PRICE
EQUITY INCOME FUND; T. ROWE
PRICE GROWTH STOCK FUND; T.
ROWE PRICE VALUE FUND; T. ROWE
PRICE BLUE CHIP GROWTH FUND; T.
ROWE PRICE EQUITY INCOME
PORTFOLIO; T. ROWE PRICE EQUITY
INDEX 500 FUND; T. ROWE PRICE
PERSONAL STRATEGY GROWTH
FUND; T. ROWE PRICE PERSONAL
STRATEGY BALANCED FUND; T.
ROWE PRICE FINANCIAL SERVICES;
T. ROWE PRICE GROWTH & INCOME
FUND; T. ROWE PRICE NEW
AJJERICA GROWTH FUND; T. ROWE
PRICE PERSONAL STRATEGY
INCOME FUND; T. ROWE PRICE

CAPITAL OPPORTUNITY FUND; T.
ROWE PRICE BLUE CHIP GROWTH
PORTFOLIO; T. ROWE PRICE NEW
INCOME FUND; T. ROWE PRICE
PERSONAL STRATEGY BALANCED
PORTFOLIO; T. ROWE PRICE SHORT-
TERM BOND FUND; T. ROWE PRICE
TOTAL EQUITY MARKET INDEX
FUND; T. ROWE PRICE NEW
AMERICA GROWTH PORTFOLIO; T.
ROWE PRICE BALANCED FUND; T.
ROWE PRICE INSTITUTIONAL U.S.
STRUCTURED RESEARCH FUND; T.
ROWE PRICE INSTITUTIONAL
LARGE-CAP CORE GROWTH FUND;
T. ROWE PRICE INFLATION
FOCUSED BOND FUND; T. ROWE
PRICE GEORGIA TAX-FREE BOND
FUND; T. ROWE PRICE EQUITY
INDEX 500 PORTFOLIO; T. ROWE
PRICE LIMITED-TERM BOND
PORTFOLIO; T. ROWE PRICE
STRUCTURED RESEARCH COMMON
TRUST FUND; T. ROWE PRICE
EQUITY INCOME TRUST; T. ROWE
PRICE EQUITY INDEX TRUST; T.
ROWE PRICE STABLE VALUE
COMMON TRUST FUND; T. ROWE
PRICE GROWTH AND INCOME
TRUST; ALASKA LARGE-CAP
TRUST; T. ROWE PRICE MANAGED
BOND COMMON TRUST FUND; T.
ROWE PRICE GROWTH STOCK
TRUST; T. ROWE PRICE BOND
INDEX TRUST; ALASKA MONEY
MARKET TRUST; ALASKA
INTERNATIONAL TRUST; TEACHER
RETIREMENT SYSTEM OF TEXAS;
TEACHERS INSURANCE AND
ANNUITY ASSOCIATION - COLLEGE
RETIREMENT SERVICES; COLLEGE
RETIREMENT EQUITIES FUND
EQUITY INDEX ACCOUNT;
COLLEGE RETIREMENT EQUITIES
FUND GLOBAL EQUITIES ACCOUNT;
COLLEGE RETIREMENT EQUITIES
FUND STOCK ACCOUNT; TIAA-CREF
ASSET MANAGEMENT
COMMINGLED FUNDS TRUST I
LARGE CAP VALUE FUND; TIAA
SEPARATE ACCOUNT VA-1 STOCK
INDEX ACCOUNT; TIAA-CREF
FUNDS EQUITY INDEX FUND; TIAA
CREF FUNDS LARGE-CAP VALUE
FUND; TIAA-CREF FUNDS LARGE-

1   CAP VALUE INDEX FUND; TIAA-
    CREF FUNDS S&P 500 INDEX FUND;
2   TIAA-CREF LIFE FUNDS LARGE-CAP
    VALUE FUND; TIAA-.CREF LIFE
3   FUNDS STOCK INDEX FUND;
    CALIFORNIA PUBLIC EMPLOYEES'
4   RETIREMENT SYSTEM; BLACKROCK
    FINANCIAL MANAGEMENT, INC.;
5   OBSIDIAN MASTER FUND TRUST;
    AUSGLEICHSFONDS DER ALTERS -
6   UND
    HINTERLASSENENVERSICHERUNG;
7   MASTER S&P 500 INDEX SERIES OF
    QUANTITATIVEMASTERSERIES
8   TRUST; EQUITY INDEX TRUST;
    LARGE CAP VALUE INDEX TRUST
9   OF QA COLLECTIVE TRUST SERIES;
    RUSSELL 1000 ALPHA TILTS FUND
10  B; EQUITY INDEX FUND; ALPHA
    TILTS FUND B; iSHARES S&P 500
11  INDEX FUND; iSHARES RUSSELL
    1000 VALUE FUND; RUSSELL 1000
12  INDEX FUND; RUSSELL 1000 VALUE
    FUND; RUSSELL 1000 ALPHA TILTS
13  BL; ACTIVE STOCK FUND E;
    ASCENT LIFE US EQUITY FUND;
14  iSHARES S&P 500 GROWTH FUND;
    BARCLAYS INTERNATIONAL FUNDS
15  - USA EQUITY FUND; RUSSELL 1000
    VALUE FUND B; RUSSELL 3000
16  INDEX FUND; US ALPHA TILTS
    TOKYO PENSION CLIENTS; NC R3000
17  TILTS SEP ACCT; RUSSELL 1000
    VALUE ALPHA TILTS FUND B;
18  EQUITY INDEX FUND B; LARGE
    CAPITALIZATION CORE TILTS FUND
19  B; U.S. EQUITY MARKET FUND B;
    ACTIVE STOCK MASTER
20  PORTFOLIO; OMERS RUSSELL 1000
    ENHANCED INDEX MANDATE;
21  BLACKROCK CDN US ALPHA TILTS
    NON-TAXABLE FUND; FMC-US
22  R3000 ALPHA TILTS U/A; iSHARES
    RUSSELL 1000 INDX FUND;
23  BLACKROCK CDN US EQUITY
    INDEX NON-TAXABLE FUND;
24  iSHARES RUSSELL 3000 INDEX
    FUND; iSHARES DOW JONES US
25  FINANCIAL SECTOR INDEX FUND;
    CDP ALPHA TILTS SEPARATE
26  ACCOUNT; MSCI U.S. EQUITY INDEX
    FUND B; NZ SUPER US TILTS;
27  LUCENT EQ INDX SEP ACCT;
    AQUILA LIFE US EQUITY INDEX
28  FUND; and ASCENT LIFE US EQUITY

A/74505166.1/2010022-0000328518                                     - 5 -

1 | FUND,

2 |            Plaintiffs,

3 |     v.

4 | COUNTRYWIDE FINANCIAL
CORPORATION, COUNTRYWIDE

5 | CAPITAL V, BANK OF AMERICA
CORPORATION, ANGELO R.

6 | MOZILO, DAVID SAMBOL, ERIC P.
SIERACKI, and KPMG LLP,

7 |

           Defendants.

8 |

9 |

10 |       Based on the parties' Stipulation, dated October 26, 2011, and good cause

11 | appearing therefore,

12 |       IT IS HEREBY ORDERED AS FOLLOWS:

13 |       Defendants Countrywide Financial Corporation, Countrywide Capital V,

14 | Bank of America Corporation, Angelo R. Mozilo, David Sambol, and Eric P.

15 | Sieracki (the "Countrywide Defendants") shall respond to the Complaint on or

16 | before November 28, 2011;

17 |       Plaintiffs shall file and serve any opposition to any motion to dismiss on or

18 | before January 3, 2012;

19 |       The Countrywide Defendants shall file and serve any reply memoranda in

20 | support of any motion to dismiss on or before January 23, 2012;

21 |       Any motions to dismiss shall be heard by the Court on Monday, February 6,

22 | 2012, at 11:00 a.m.

23 |       IT IS SO ORDERED.

24 |

25 | DATED:_____    _____

26 |                              The Honorable Mariana R. Pfaelzer
United States District Court Judge

27 |

28 |

A/74505166.1/2010022-0000328518        - 6 -