BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DeLANGE (Bar No.190768)
NIKI L. MENDOZA (Bar No. 214646)
DAVID KAPLAN (Bar No. 230144)
JOSEPH W. GOODMAN (Bar No. 230161)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
davidk@blbglaw.com
joe.goodman@blbglaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR. BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; | Case No. CV11-06239 MRP(MANx)<br><br>**AGREED ORDER AND FINAL JUDGMENT OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST COUNTRYWIDE AND BANK OF AMERICA DEFENDANTS AND BAR ORDER** |

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order                                                                        -1-
Case No. CV11-06239 MRP(MANx)

| | |
|---|---|
| 1 | THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF |
| 2 | THRIVENT SERIES FUND, INC.; |
| 3 | THRIVENT LARGE CAP VALUE PORTFOLIO, A SERIES OF |
| 4 | THRIVENT SERIES FUND, INC.; |
| 5 | THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL |
| 6 | FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF |
| 7 | THRIVENT MUTUAL FUNDS; |
| 8 | THRIVENT LARGE CAP INDEX FUND I, A SERIES OF THRIVENT |
| 9 | MUTUAL FUNDS; THRIVENT LARGE CAP INDEX FUND, A SERIES OF |
| 10 | THRIVENT MUTUAL FUNDS; |
| 11 | THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES |
| 12 | FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF |
| 13 | THRIVENT SERIES FUND, INC.; |
| 14 | THRIVENT FINANCIAL DEFINED BENEFIT PLAN TRUST; THRIVENT |
| 15 | CORE BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 16 | THRIVENT BOND INDEX FUND, A SERIES OF THRIVENT MUTUAL |
| 17 | FUNDS; THRIVENT BOND INDEX PORTFOLIO, A SERIES OF |
| 18 | THRIVENT SERIES FUND, INC.; THRIVENT INCOME FUND, A |
| 19 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LIMITED |
| 20 | MATURITY BOND FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 21 | THRIVENT INCOME PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 22 | INC.; THRIVENT LIMITED MATURITY BOND PORTFOLIO, A |
| 23 | SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIFE INSURANCE |

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order                                                                                              -2-
Case No. CV11-06239 MRP(MANx)

| | |
|---|---|
| 1 | COMPANY; AMERICAN CENTURY INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL PORTFOLIOS, INC. – EQUITY INDEX FUND; AMERICAN CENTURY QUANTITATIVE EQUITY FUNDS, INC. – INCOME & GROWTH FUND; AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. – VP INCOME & GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND; SUNAMERICA ASSET MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; |

| | |
|---|---|
| 1 | LARGE CAP COMPOSITE PORTFOLIO (MERGED INTO THE |
| 2 | LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES |
| 3 | TRUST), A SERIES OF SEASONS |
| 4 | SERIES TRUST; LARGE CAP GROWTH PORTFOLIO, A SERIES OF |
| 5 | SEASONS SERIES TRUST; LARGE |
| 6 | CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK |
| 7 | PORTFOLIO, A SERIES OF SEASONS |
| 8 | SERIES TRUST; FOCUSED VALUE PORTFOLIO (RENAMED |
| 9 | SUNAMERICA STRATEGIC VALUE |
| 10 | PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, |
| 11 | INC. (RENAMED SUNAMERICA |
| 12 | SERIES, INC.); EQUITY INDEX PORTFOLIO, A SERIES OF |
| 13 | SUNAMERICA SERIES TRUST; MFS |
| 14 | TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES |
| 15 | TRUST; ASSET ALLOCATION FUND, |
| 16 | A SERIES OF VALIC COMPANY I; BLUE CHIP GROWTH FUND, A |
| 17 | SERIES OF VALIC COMPANY I; |
| 18 | DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK |
| 19 | INDEX FUND, A SERIES OF VALIC |
| 20 | COMPANY I; T. ROWE PRICE ASSOCIATES, INC.; T. ROWE PRICE |
| 21 | EQUITY INCOME FUND; T. ROWE |
| 22 | PRICE GROWTH STOCK FUND; T. ROWE PRICE VALUE FUND; T. |
| 23 | ROWE PRICE BLUE CHIP GROWTH |
| 24 | FUND; T. ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE |
| 25 | PRICE EQUITY INDEX 500 FUND; T. |
| 26 | ROWE PRICE PERSONAL STRATEGY GROWTH FUND; T. ROWE PRICE |
| 27 | PERSONAL STRATEGY BALANCED |
| 28 | |

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order                                                                -4-
Case No. CV11-06239 MRP(MANx)

FUND; T. ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME FUND; T. ROWE PRICE NEW AMERICA GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT-TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND

INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT SERVICES; COLLEGE RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF ASSET MANAGEMENT COMMINGLED FUNDS TRUST I LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA-CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE-CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-CREF LIFE FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - UND HINTERLASSENENVERSICHERUNG; MASTER S&P 500 INDEX SERIES OF QUANTITATIVE MASTER SERIES TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND B; EQUITY INDEX FUND; ALPHA

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order                                    -6-
Case No. CV11-06239 MRP(MANx)

TILTS FUND B; iSHARES S&P 500 INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 INDEX FUND; US ALPHA TILTS – TOKYO PENSION CLIENTS; NC R3000 TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; BLACKROCK CDN US ALPHA TILTS NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND,

      Plaintiffs,

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order   -7-
Case No. CV11-06239 MRP(MANx)

| | |
|---|---|
| 1 | v. |
| 2 | COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order                                      -8-
Case No. CV11-06239 MRP(MANx)

WHEREAS Plaintiffs and the Settling Defendants (as hereinafter defined) have represented to the Court that all claims in the above-captioned action (the "Action"), other than Plaintiffs' claims against defendant KPMG LLP, have been settled pursuant to a confidential settlement agreement that provides for the dismissal with prejudice of all claims alleged in the Complaint against Defendants Countrywide Financial Corporation, Countrywide Capital V, Bank of America Corporation, Angelo R. Mozilo, David Sambol, and Eric P. Sieracki (collectively, the "Settling Defendants").

NOW THEREFORE, for good cause shown, it is hereby ORDERED as follows:

1. As provided in Section 21D-4(f)(7)(A) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(f)(7)(A), the Court hereby bars all claims for contribution arising out of the action: (i) by any person (as that term is defined in 15 U.S.C. § 78c(a)(9)) against the settling covered person (as such term is defined in 15 U.S.C. § 78u-4(f)(10)(C)); and (ii) by the settling covered person against any person, other than a person whose liability has been extinguished by the settlement of the settling covered person.

2. Each of the Settling Defendants and Plaintiffs have waived their rights, if any, to appeal this Agreed Order And Final Judgment Of Voluntary Dismissal With Prejudice Of Claims Against Countrywide And Bank Of America Defendants And Bar Order.

3. Each of the Settling Defendants and Plaintiffs shall bear its own fees, costs and expenses.

4. Because there is no just reason for delaying the entry of this final judgment with respect to the claims asserted by Plaintiffs against the Settling Defendants, all claims asserted by Plaintiffs against the Settling Defendants are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order                                              -9-
Case No. CV11-06239 MRP(MANx)

54(b). This Action is not dismissed with respect to any claims against Defendant KPMG LLP.

5. The Clerk is directed to enter this Agreed Order And Final Judgment Of Voluntary Dismissal With Prejudice Of Claims Against Countrywide And Bank Of America Defendants And Bar Order as a final judgment.

IT IS SO ORDERED.

Dated:_____, 2011    _____
                                  Hon. Mariana R. Pfaelzer
                                  United States District Judge

Agreed Order and Final Judgment of Voluntary
Dismissal with Prejudice and Bar Order    -10-
Case No. CV11-06239 MRP(MANx)