BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DeLANGE (Bar No.190768)
NIKI L. MENDOZA (Bar No. 214646)
DAVID KAPLAN (Bar No. 230144)
JOSEPH W. GOODMAN (Bar No. 230161)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
davidk@blbglaw.com
joe.goodman@blbglaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR. BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF | Case No. CV11-06239 MRP (MANx)<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | THRIVENT SERIES FUND, INC.; |
| 2 | THRIVENT LARGE CAP VALUE PORTFOLIO, A SERIES OF |
| 3 | THRIVENT SERIES FUND, INC.; THRIVENT BALANCED FUND, A |
| 4 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP |
| 5 | STOCK FUND, A SERIES OF |
| 6 | THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX |
| 7 | FUND I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE |
| 8 | CAP INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 9 | THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES |
| 10 | FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF |
| 11 | THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED |
| 12 | BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF |
| 13 | THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A |
| 14 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX |
| 15 | PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; |
| 16 | THRIVENT INCOME FUND, A SERIES OF THRIVENT MUTUAL |
| 17 | FUNDS; THRIVENT LIMITED MATURITY BOND FUND, A SERIES |
| 18 | OF THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A |
| 19 | SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED |
| 20 | MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 21 | INC.; THRIVENT LIFE INSURANCE COMPANY; AMERICAN CENTURY |
| 22 | INVESTMENT MANAGEMENT; |

| | |
|---|---|
| 1 | AMERICAN CENTURY CAPITAL PORTFOLIOS, INC. – EQUITY INDEX FUND; AMERICAN CENTURY QUANTITATIVE EQUITY FUNDS, INC. – INCOME & GROWTH FUND; AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. – VP INCOME & GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND; SUNAMERICA ASSET MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE CAP COMPOSITE PORTFOLIO (MERGED INTO THE |

LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE PORTFOLIO (RENAMED SUNAMERICA STRATEGIC VALUE PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE PRICE GROWTH STOCK FUND; T. ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE

GROWTH & INCOME FUND; T. ROWE PRICE NEW AMERICA GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT-TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA

CERTIFICATE OF SERVICE
Case No. CV11-6239 MRP (MANx)

-5-

| | |
|---|---|
| 1 | INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT SERVICES; COLLEGE RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF ASSET MANAGEMENT COMMINGLED FUNDS TRUST I LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA-CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE-CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-CREF LIFE FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - UND HINTERLASSENENVERSICHERUNG; MASTER S&P 500 INDEX SERIES OF QUANTITATIVE MASTER SERIES TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND B; EQUITY INDEX FUND; ALPHA TILTS FUND B; iSHARES S&P 500 INDEX FUND; iSHARES RUSSELL | |

1000 VALUE FUND; RUSSELL 1000 INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 INDEX FUND; US ALPHA TILTS – TOKYO PENSION CLIENTS; NC R3000 TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; BLACKROCK CDN US ALPHA TILTS NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND,

     Plaintiffs,
 v.

COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V. BANK OF AMERICA

1  CORPORATION, ANGELO R.
2  MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP
3             Defendants.

I, AMY NEIL, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, California 92130.

2. That on November 21, 2011, copies of the following documents were filed electronically via the Court's Electronic Case Filing ("ECF") System:

- **Stipulation and Proposed Order of Voluntary Dismissal with Prejudice of Claims Against Countrywide and Bank of America Defendants and Bar Order;**
- **Agreed Order and Final Judgment of Voluntary Dismissal With Prejudice of Claims Against Countrywide and Bank of America Defendants and Bar Order; and**
- **Certificate of Service**

3. The attorneys registered with the ECF System may access this filing through the Court's system. Notice of this filing was sent to the parties by operation of the ECF System, including the defendants listed on the attached service list, unless otherwise indicated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21st day of November, 2011, at San Diego, California.



AMY NEIL

## SERVICE LIST

**Robbins, Russell, Englert, Oreck, Untereiner & Sauber LLP**
Kathryn S. Zecca
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
Telephone: 202.775.4508
Facsimile: 202.775.4510

*Attorneys for Defendant Countrywide Financial Corporation & Countrywide Capital V*

***Munger, Tolles & Olson LLP**
Marc T.G. Dworsky
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: 213.683.9100

*Attorneys for Defendant Bank of America Corporation*

**Irell & Manella LLP**
David Siegel
Daniel Lefler
Charles Elder
Randall Jackson
Alexander Porter
Adam Fletcher
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: 310.277.1010
Facsimile: 310.203.7199

*Attorneys for Defendant Angelo R. Mozilo*

***Slater Hersey & Lieberman LLP**
Jonathan P. Hersey
18301 Von Karman, Suite 1060
Irvine, CA 92612
Telephone: 949.398.7500
Facsimile: 949.398.7501

*Attorneys for Defendant David Sambol*

***Keker & Van Nest LLP**
Stuart L. Gasner
Jon Streeter
Michael Celio
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400

**\*DLA Piper LLP**
Shirli Fabbri Weiss
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: 619.699.3650

*Attorneys for Defendant Eric P. Sieracki*

**Bingham McCutchen**
Gwyn Quillen
J. Warren Rissier
The Water Garden, 4th Floor, N. Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310.907.1000
Facsimile: 310.907.1000

**Bingham McCutchen**
Todd E. Gordinier
Edward S. Kim
Craig A. Taggart
600 Anton Boulevard, 18th Floor
Costa Mesa, CA 92626-1924
Telephone: 714.830.0600
Facsimile: 714.830.0700

*Attorneys for KPMG LLP*

**\*Indicates that Counsel was served via Federal Express overnight delivery.**