1  Bingham McCutchen LLP
   GWYN QUILLEN (SBN 138428)
2  J. WARREN RISSIER (SBN 197939)
   The Water Garden
3  Fourth Floor, North Tower
   1620 26th Street
4  Santa Monica, CA  90404-4060
   Telephone:  310.907.1000
5  Facsimile:  310.907.2000
   Email:   gwyn.quillen@bingham.com
6           warren.rissier@bingham.com

7  Bingham McCutchen LLP
   TODD E. GORDINIER (SBN 82200)
8  EDWARD S. KIM (SBN 192856)
   CRAIG A. TAGGART (SBN 239168)
9  600 Anton Boulevard, 18th Floor
   Costa Mesa, CA  92626-1924
10 Telephone:  714.830.0600
   Facsimile:  714.830.0700
11 Email:   todd.gordinier@bingham.com
            edward.kim@bingham.com
12          craig.taggart@bingham.com

13 Attorneys for Defendant KPMG LLP

14             UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16

17 | THE GOVERNMENT OF GUAM | Case No. CV11-06239 MRP (MANx)
18 | RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; | **STIPULATION TO CONTINUE HEARING ON KPMG LLP'S**
19 | MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES | **MOTION TO DISMISS COMPLAINT**
20 | BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG |
21 | EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; | Ctrm:    12
22 | THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; | Judge:   Hon. Mariana R. Pfaelzer
23 | THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION;
24 | KALAMAZOO ANESTHESIOLOGY PSP FBO DR BARBARA A. PAGE;
25 | THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT
26 | MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES
27 | OF THRIVENT SERIES FUND, INC.;
28 | THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF THRIVENT SERIES FUND,INC.; THRIVENT

A/74619211.1/2010022-0000328518

1    LARGE CAP VALUE PORTFOLIO, A
     SERIES OF THRIVENT SERIES FUND,
2    INC.; THRIVENT BALANCED FUND,
     A SERIES OF THRIVENT MUTUAL
3    FUNDS; THRIVENT LARGE CAP
     STOCK FUND, A SERIES OF
4    THRIVENT MUTUAL FUNDS;
     THRIVENT LARGE CAP INDEX FUND
5    I, A SERIES OF THRIVENT MUTUAL
     FUNDS; THRIVENT LARGE CAP
6    INDEX FUND, A SERIES OF
     THRIVENT MUTUAL FUNDS;
7    THRIVENT BALANCED PORTFOLIO,
     A SERIES OF THRIVENT SERIES
8    FUND, INC.; THRIVENT LARGE CAP
     INDEX PORTFOLIO, A SERIES OF
9    THRIVENT SERIES FUND, INC.;
     THRIVENT FINANCIAL DEFINED
10   BENEFIT PLAN TRUST; THRIVENT
     CORE BOND FUND, A SERIES OF
11   THRIVENT MUTUAL FUNDS;
     THRIVENT BOND INDEX FUND, A
12   SERIES OF THRIVENT MUTUAL
     FUNDS; THRIVENT BOND INDEX
13   PORTFOLIO, A SERIES OF THRIVENT
     SERIES FUND, INC.; THRIVENT
14   INCOME FUND, A SERIES OF
     THRIVENT MUTUAL FUNDS;
15   THRIVENT LIMITED MATURITY
     BOND FUND, A SERIES OF
16   THRIVENT MUTUAL FUNDS;
     THRIVENT INCOME PORTFOLIO, A
17   SERIES OF THRIVENT SERIES FUND,
     INC.; THRIVENT LIMITED
18   MATURITY BOND PORTFOLIO, A
     SERIES OF THRIVENT SERIES FUND,
19   INC.; THRIVENT LIFE INSURANCE
     COMPANY; AMERICAN CENTURY
20   INVESTMENT MANAGEMENT;
     AMERICAN CENTURY CAPITAL
21   PORTFOLIOS, INC. - EQUITY INDEX
     FUND; AMERICAN CENTURY
22   QUANTITATIVE EQUITY FUNDS,
     INC. - INCOME & GROWTH FUND;
23   AMERICAN CENTURY VARIABLE
     PORTFOLIOS, INC. - VP INCOME &
24   GROWTH FUND; NUVEEN
     INVESTMENTS, INC.; NUVEEN
25   EQUITY PREMIUM OPPORTUNITY
     FUND; NUVEEN GROWTH
26   ALLOCATION FUND, A SERIES OF
     NUVEEN INVESTMENT TRUST;
27   NUVEEN MULTI-MANAGER LARGE-
     CAP VALUE FUND, A SERIES OF
28   NUVEEN INVESTMENT TRUST;

1   NUVEEN NWQ LARGE-CAP VALUE
    FUND, A SERIES OF NUVEEN
2   INVESTMENT TRUST; NUVEEN NWQ
    MULTI-CAP VALUE FUND, A SERIES
3   OF NUVEEN INVESTMENT TRUST;
    NUVEEN SANTA BARBARA
4   DIVIDEND GROWTH FUND, A
    SERIES OF NUVEEN INVESTMENT
5   TRUST II; NUVEEN QUALITY
    PREFERRED INCOME FUND;
6   NUVEEN MULTI-STRATEGY
    INCOME AND GROWTH FUND 2;
7   NUVEEN QUALITY PREFERRED
    INCOME FUND 2; NUVEEN QUALITY
8   PREFERRED INCOME FUND 3;
    NUVEEN MULTI-STRATEGY
9   INCOME AND GROWTH FUND;
    SUNAMERICA ASSET
10  MANAGEMENT CORP.; STRATEGIC
    MULTI-ASSET PORTFOLIO, A SERIES
11  OF ANCHOR SERIES TRUST; FOCUS
    GROWTH PORTFOLIO, A SERIES OF
12  SEASONS SERIES TRUST; LARGE
    CAP COMPOSITE PORTFOLIO
13  (MERGED INTO THE LARGE CAP
    GROWTH PORTFOLIO, A SERIES OF
14  SEASONS SERIES TRUST), A SERIES
    OF SEASONS SERIES TRUST; LARGE
15  CAP GROWTH PORTFOLIO, A SERIES
    OF SEASONS SERIES TRUST; LARGE
16  CAP VALUE PORTFOLIO, A SERIES
    OF SEASONS SERIES TRUST; STOCK
17  PORTFOLIO, A SERIES OF SEASONS
    SERIES TRUST; FOCUSED VALUE
18  PORTFOLIO (RENAJJED
    SUNAMERICA STRATEGIC VALUE
19  PORTFOLIO), A SERIES OF
    SUNAMERICA FOCUSED SERIES,
20  INC. (RENAMED SUNAMERICA
    SERIES, INC.); EQUITY INDEX
21  PORTFOLIO, A SERIES OF
    SUNAMERICA SERIES TRUST; MFS
22  TOTAL RETURN PORTFOLIO, A
    SERIES OF SUNAMERICA SERIES
23  TRUST; ASSET ALLOCATION FUND,
    A SERIES OF VALIC COMPANY I;
24  BLUE CHIP GROWTH FUND, A
    SERIES OF VALIC COMPANY I;
25  DIVIDEND VALUE FUND, A SERIES
    OF VALIC COMPANY I; STOCK
26  INDEX FUND, A SERIES OF VALIC
    COMPANY I; T. ROWE PRICE
27  ASSOCIATES, INC.; T. ROWE PRICE
    EQUITY INCOME FUND; T. ROWE
28  PRICE GROWTH STOCK FUND; T.

| | |
|---|---|
| 1 | ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. |
| 2 | ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY |
| 3 | INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH |
| 4 | FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED FUND; T. |
| 5 | ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME |
| 6 | FUND; T. ROWE PRICE NEW AJJERICA GROWTH FUND; T. ROWE |
| 7 | PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE |
| 8 | CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH |
| 9 | PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE |
| 10 | PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT- |
| 11 | TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX |
| 12 | FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. |
| 13 | ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. |
| 14 | STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL |
| 15 | LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION |
| 16 | FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND |
| 17 | FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE |
| 18 | PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE |
| 19 | STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE |
| 20 | EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. |
| 21 | ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE |
| 22 | PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP |
| 23 | TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. |
| 24 | ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND |
| 25 | INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA |
| 26 | INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; |
| 27 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION - COLLEGE |
| 28 | RETIREMENT SERVICES; COLLEGE |

A/74619211.1/2010022-0000328518

1   RETIREMENT EQUITIES FUND
    EQUITY INDEX ACCOUNT;
2   COLLEGE RETIREMENT EQUITIES
    FUND GLOBAL EQUITIES ACCOUNT;
3   COLLEGE RETIREMENT EQUITIES
    FUND STOCK ACCOUNT; TIAA-CREF
4   ASSET MANAGEMENT
    COMMINGLED FUNDS TRUST I
5   LARGE CAP VALUE FUND; TIAA
    SEPARATE ACCOUNT VA-1 STOCK
6   INDEX ACCOUNT; TIAA-CREF
    FUNDS EQUITY INDEX FUND; TIAA
7   CREF FUNDS LARGE-CAP VALUE
    FUND; TIAA-CREF FUNDS LARGE-
8   CAP VALUE INDEX FUND; TIAA-
    CREF FUNDS S&P 500 INDEX FUND;
9   TIAA-CREF LIFE FUNDS LARGE-CAP
    VALUE FUND; TIAA-.CREF LIFE
10  FUNDS STOCK INDEX FUND;
    CALIFORNIA PUBLIC EMPLOYEES'
11  RETIREMENT SYSTEM; BLACKROCK
    FINANCIAL MANAGEMENT, INC.;
12  OBSIDIAN MASTER FUND TRUST;
    AUSGLEICHSFONDS DER ALTERS -
13  UND
    HINTERLASSENENVERSICHERUNG;
14  MASTER S&P 500 INDEX SERIES OF
    QUANTITATIVEMASTERSERIES
15  TRUST; EQUITY INDEX TRUST;
    LARGE CAP VALUE INDEX TRUST
16  OF QA COLLECTIVE TRUST SERIES;
    RUSSELL 1000 ALPHA TILTS FUND
17  B; EQUITY INDEX FUND; ALPHA
    TILTS FUND B; iSHARES S&P 500
18  INDEX FUND; iSHARES RUSSELL
    1000 VALUE FUND; RUSSELL 1000
19  INDEX FUND; RUSSELL 1000 VALUE
    FUND; RUSSELL 1000 ALPHA TILTS
20  BL; ACTIVE STOCK FUND E;
    ASCENT LIFE US EQUITY FUND;
21  iSHARES S&P 500 GROWTH FUND;
    BARCLAYS INTERNATIONAL FUNDS
22  - USA EQUITY FUND; RUSSELL 1000
    VALUE FUND B; RUSSELL 3000
23  INDEX FUND; US ALPHA TILTS
    TOKYO PENSION CLIENTS; NC R3000
24  TILTS SEP ACCT; RUSSELL 1000
    VALUE ALPHA TILTS FUND B;
25  EQUITY INDEX FUND B; LARGE
    CAPITALIZATION CORE TILTS FUND
26  B; U.S. EQUITY MARKET FUND B;
    ACTIVE STOCK MASTER
27  PORTFOLIO; OMERS RUSSELL 1000
    ENHANCED INDEX MANDATE;
28  BLACKROCK CDN US ALPHA TILTS

1  NON-TAXABLE FUND; FMC-US
   R3000 ALPHA TILTS U/A; iSHARES
2  RUSSELL 1000 INDX FUND;
   BLACKROCK CDN US EQUITY
3  INDEX NON-TAXABLE FUND;
   iSHARES RUSSELL 3000 INDEX
4  FUND; iSHARES DOW JONES US
   FINANCIAL SECTOR INDEX FUND;
5  CDP ALPHA TILTS SEPARATE
   ACCOUNT; MSCI U.S. EQUITY INDEX
6  FUND B; NZ SUPER US TILTS;
   LUCENT EQ INDX SEP ACCT;
7  AQUILA LIFE US EQUITY INDEX
   FUND; and ASCENT LIFE US EQUITY
8  FUND,

9          Plaintiffs,

10      v.

11  COUNTRYWIDE FINANCIAL
    CORPORATION, COUNTRYWIDE
12  CAPITAL V, BANK OF AMERICA
    CORPORATION, ANGELO R.
13  MOZILO, DAVID SAMBOL, ERIC P.
    SIERACKI, and KPMG LLP,
14
        Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/74619211.1/2010022-0000328518

1    WHEREAS, on July 28, 2011, Plaintiffs filed their Complaint in the above-
2  captioned matter;

3    WHEREAS, on October 7, 2011 KPMG filed its Motion to Dismiss;

4    WHEREAS, KPMG's Motion to Dismiss is scheduled for hearing on
5  December 12, 2011;

6    WHEREAS, the parties agree that the hearing on KPMG's Motion to
7  Dismiss should be continued to January 9, 2012;

8    WHEREFORE, SUBJECT TO THE APPROVAL OF THE COURT, THE
9  PARTIES HEREBY STIPULATE AS FOLLOWS:

10    The hearing on KPMG's Motion to Dismiss shall be continued from
11  December 12, 2011 to January 9, 2012 at 11:00 a.m.

12    IT IS SO STIPULATED.

13

14  DATED:  December 5, 2011          Respectfully submitted,

15                                    BERNSTEIN LITOWITZ BERGER &
                                      GROSSMANN LLP
16

17

18  By:_____
                                      David Kaplan
19                                    Attorneys for Plaintiffs

20

21  DATED:  December 5, 2011          BINGHAM MCCUTCHEN LLP

22

23  By:_____ by Craig Tassart
                                      J. Warren Rissier
24                                    Attorneys for Defendant
                                      KPMG LLP
25

26

27

28

A/74619211.1/2010022-0000328518                    - 1 -