BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
TIMOTHY A. DeLANGE (Bar No.190768)
NIKI L. MENDOZA (Bar No. 214646)
DAVID KAPLAN (Bar No. 230144)
JOSEPH W. GOODMAN (Bar No. 230161)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
blairn@blbglaw.com
timothyd@blbglaw.com
nikim@blbglaw.com
davidk@blbglaw.com
joe.goodman@blbglaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; MONTANA BOARD OF INVESTMENTS; MARYLAND STATE RETIREMENT AND PENSION SYSTEM; NORGES BANK; ROYAL MAIL PENSION PLAN; STICHTING PENSIOENFONDS ZORG EN WELZIJN REPRESENTED BY PGGM VERMOGENSBEHEER B.V.; THRIVENT FINANCIAL FOR LUTHERANS; ROBERT L. KOSNOSKI; THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION; KALAMAZOO ANESTHESIOLOGY PSP FBO DR. BARBARA A. PAGE; THRIVENT LARGE CAP VALUE FUND, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP STOCK PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; | Case No. CV11-06239 MRP(MANx)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT KPMG LLP** |

Stipulation Of Voluntary Dismissal With Prejudice Of
Claims Against Defendant KPMG LLP                                                           -1-
Case No. CV11-06239 MRP (MANx)

| | |
|---|---|
| 1 | THRIVENT PARTNER ALL CAP PORTFOLIO, A SERIES OF |
| 2 | THRIVENT SERIES FUND, INC.; THRIVENT LARGE CAP VALUE |
| 3 | PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; |
| 4 | THRIVENT BALANCED FUND, A SERIES OF THRIVENT MUTUAL |
| 5 | FUNDS; THRIVENT LARGE CAP STOCK FUND, A SERIES OF |
| 6 | THRIVENT MUTUAL FUNDS; THRIVENT LARGE CAP INDEX |
| 7 | FUND I, A SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT LARGE |
| 8 | CAP INDEX FUND, A SERIES OF THRIVENT MUTUAL FUNDS; |
| 9 | THRIVENT BALANCED PORTFOLIO, A SERIES OF THRIVENT SERIES |
| 10 | FUND, INC.; THRIVENT LARGE CAP INDEX PORTFOLIO, A SERIES OF |
| 11 | THRIVENT SERIES FUND, INC.; THRIVENT FINANCIAL DEFINED |
| 12 | BENEFIT PLAN TRUST; THRIVENT CORE BOND FUND, A SERIES OF |
| 13 | THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX FUND, A |
| 14 | SERIES OF THRIVENT MUTUAL FUNDS; THRIVENT BOND INDEX |
| 15 | PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, INC.; |
| 16 | THRIVENT INCOME FUND, A SERIES OF THRIVENT MUTUAL |
| 17 | FUNDS; THRIVENT LIMITED MATURITY BOND FUND, A SERIES |
| 18 | OF THRIVENT MUTUAL FUNDS; THRIVENT INCOME PORTFOLIO, A |
| 19 | SERIES OF THRIVENT SERIES FUND, INC.; THRIVENT LIMITED |
| 20 | MATURITY BOND PORTFOLIO, A SERIES OF THRIVENT SERIES FUND, |
| 21 | INC.; THRIVENT LIFE INSURANCE |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Stipulation Of Voluntary Dismissal With Prejudice Of
Claims Against Defendant KPMG LLP                                                                  -2-
Case No. CV11-06239 MRP (MANx)

COMPANY; AMERICAN CENTURY INVESTMENT MANAGEMENT; AMERICAN CENTURY CAPITAL PORTFOLIOS, INC. – EQUITY INDEX FUND; AMERICAN CENTURY QUANTITATIVE EQUITY FUNDS, INC. – INCOME & GROWTH FUND; AMERICAN CENTURY VARIABLE PORTFOLIOS, INC. – VP INCOME & GROWTH FUND; NUVEEN INVESTMENTS, INC.; NUVEEN EQUITY PREMIUM OPPORTUNITY FUND; NUVEEN GROWTH ALLOCATION FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN MULTI-MANAGER LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ LARGE-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN NWQ MULTI-CAP VALUE FUND, A SERIES OF NUVEEN INVESTMENT TRUST; NUVEEN SANTA BARBARA DIVIDEND GROWTH FUND, A SERIES OF NUVEEN INVESTMENT TRUST II; NUVEEN QUALITY PREFERRED INCOME FUND; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 2; NUVEEN QUALITY PREFERRED INCOME FUND 3; NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND; SUNAMERICA ASSET MANAGEMENT CORP.; STRATEGIC MULTI-ASSET PORTFOLIO, A SERIES OF ANCHOR SERIES TRUST; FOCUS GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST;

LARGE CAP COMPOSITE PORTFOLIO (MERGED INTO THE LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST), A SERIES OF SEASONS SERIES TRUST; LARGE CAP GROWTH PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; LARGE CAP VALUE PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; STOCK PORTFOLIO, A SERIES OF SEASONS SERIES TRUST; FOCUSED VALUE PORTFOLIO (RENAMED SUNAMERICA STRATEGIC VALUE PORTFOLIO), A SERIES OF SUNAMERICA FOCUSED SERIES, INC. (RENAMED SUNAMERICA SERIES, INC.); EQUITY INDEX PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; MFS TOTAL RETURN PORTFOLIO, A SERIES OF SUNAMERICA SERIES TRUST; ASSET ALLOCATION FUND, A SERIES OF VALIC COMPANY I; BLUE CHIP GROWTH FUND, A SERIES OF VALIC COMPANY I; DIVIDEND VALUE FUND, A SERIES OF VALIC COMPANY I; STOCK INDEX FUND, A SERIES OF VALIC COMPANY I; T. ROWE PRICE ASSOCIATES, INC.; T. ROWE PRICE EQUITY INCOME FUND; T. ROWE PRICE GROWTH STOCK FUND; T. ROWE PRICE VALUE FUND; T. ROWE PRICE BLUE CHIP GROWTH FUND; T. ROWE PRICE EQUITY INCOME PORTFOLIO; T. ROWE PRICE EQUITY INDEX 500 FUND; T. ROWE PRICE PERSONAL STRATEGY GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED

Stipulation Of Voluntary Dismissal With Prejudice Of Claims Against Defendant KPMG LLP
Case No. CV11-06239 MRP (MANx)

-4-

| | |
|---|---|
| 1 | FUND; T. ROWE PRICE FINANCIAL SERVICES; T. ROWE PRICE GROWTH & INCOME FUND; T. ROWE PRICE NEW AMERICA GROWTH FUND; T. ROWE PRICE PERSONAL STRATEGY INCOME FUND; T. ROWE PRICE CAPITAL OPPORTUNITY FUND; T. ROWE PRICE BLUE CHIP GROWTH PORTFOLIO; T. ROWE PRICE NEW INCOME FUND; T. ROWE PRICE PERSONAL STRATEGY BALANCED PORTFOLIO; T. ROWE PRICE SHORT-TERM BOND FUND; T. ROWE PRICE TOTAL EQUITY MARKET INDEX FUND; T. ROWE PRICE NEW AMERICA GROWTH PORTFOLIO; T. ROWE PRICE BALANCED FUND; T. ROWE PRICE INSTITUTIONAL U.S. STRUCTURED RESEARCH FUND; T. ROWE PRICE INSTITUTIONAL LARGE-CAP CORE GROWTH FUND; T. ROWE PRICE INFLATION FOCUSED BOND FUND; T. ROWE PRICE GEORGIA TAX-FREE BOND FUND; T. ROWE PRICE EQUITY INDEX 500 PORTFOLIO; T. ROWE PRICE LIMITED-TERM BOND PORTFOLIO; T. ROWE PRICE STRUCTURED RESEARCH COMMON TRUST FUND; T. ROWE PRICE EQUITY INCOME TRUST; T. ROWE PRICE EQUITY INDEX TRUST; T. ROWE PRICE STABLE VALUE COMMON TRUST FUND; T. ROWE PRICE GROWTH AND INCOME TRUST; ALASKA LARGE-CAP TRUST; T. ROWE PRICE MANAGED BOND COMMON TRUST FUND; T. ROWE PRICE GROWTH STOCK TRUST; T. ROWE PRICE BOND |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

INDEX TRUST; ALASKA MONEY MARKET TRUST; ALASKA INTERNATIONAL TRUST; TEACHER RETIREMENT SYSTEM OF TEXAS; TEACHERS INSURANCE AND ANNUITY ASSOCIATION – COLLEGE RETIREMENT SERVICES; COLLEGE RETIREMENT EQUITIES FUND EQUITY INDEX ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND GLOBAL EQUITIES ACCOUNT; COLLEGE RETIREMENT EQUITIES FUND STOCK ACCOUNT; TIAA-CREF ASSET MANAGEMENT COMMINGLED FUNDS TRUST I LARGE CAP VALUE FUND; TIAA SEPARATE ACCOUNT VA-1 STOCK INDEX ACCOUNT; TIAA-CREF FUNDS EQUITY INDEX FUND; TIAA-CREF FUNDS LARGE-CAP VALUE FUND; TIAA-CREF FUNDS LARGE-CAP VALUE INDEX FUND; TIAA-CREF FUNDS S&P 500 INDEX FUND; TIAA-CREF LIFE FUNDS LARGE-CAP VALUE FUND; TIAA-CREF LIFE FUNDS STOCK INDEX FUND; CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM; BLACKROCK FINANCIAL MANAGEMENT, INC.; OBSIDIAN MASTER FUND TRUST; AUSGLEICHSFONDS DER ALTERS - UND HINTERLASSENENVERSICHERUNG; MASTER S&P 500 INDEX SERIES OF QUANTITATIVE MASTER SERIES TRUST; EQUITY INDEX TRUST; LARGE CAP VALUE INDEX TRUST OF QA COLLECTIVE TRUST SERIES; RUSSELL 1000 ALPHA TILTS FUND B; EQUITY INDEX FUND; ALPHA

Stipulation Of Voluntary Dismissal With Prejudice Of
Claims Against Defendant KPMG LLP                                            -6-
Case No. CV11-06239 MRP (MANx)

TILTS FUND B; iSHARES S&P 500 INDEX FUND; iSHARES RUSSELL 1000 VALUE FUND; RUSSELL 1000 INDEX FUND; RUSSELL 1000 VALUE FUND; RUSSELL 1000 ALPHA TILTS BL; ACTIVE STOCK FUND E; ASCENT LIFE US EQUITY FUND; iSHARES S&P 500 GROWTH FUND; BARCLAYS INTERNATIONAL FUNDS - USA EQUITY FUND; RUSSELL 1000 VALUE FUND B; RUSSELL 3000 INDEX FUND; US ALPHA TILTS – TOKYO PENSION CLIENTS; NC R3000 TILTS SEP ACCT; RUSSELL 1000 VALUE ALPHA TILTS FUND B; EQUITY INDEX FUND B; LARGE CAPITALIZATION CORE TILTS FUND B; U.S. EQUITY MARKET FUND B; ACTIVE STOCK MASTER PORTFOLIO; OMERS RUSSELL 1000 ENHANCED INDEX MANDATE; BLACKROCK CDN US ALPHA TILTS NON-TAXABLE FUND; FMC-US R3000 ALPHA TILTS U/A; iSHARES RUSSELL 1000 INDX FUND; BLACKROCK CDN US EQUITY INDEX NON-TAXABLE FUND; iSHARES RUSSELL 3000 INDEX FUND; iSHARES DOW JONES US FINANCIAL SECTOR INDEX FUND; CDP ALPHA TILTS SEPARATE ACCOUNT; MSCI U.S. EQUITY INDEX FUND B; NZ SUPER US TILTS; LUCENT EQ INDX SEP ACCT; AQUILA LIFE US EQUITY INDEX FUND; and ASCENT LIFE US EQUITY FUND,

               Plaintiffs,

Stipulation Of Voluntary Dismissal With Prejudice Of
Claims Against Defendant KPMG LLP                                                                    -7-
Case No. CV11-06239 MRP (MANx)

|   |   |
|---|---|
| 1 | v. |
| 2 | COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL V, BANK OF AMERICA CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, ERIC P. SIERACKI, and KPMG LLP |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant KPMG LLP stipulate to dismissal with prejudice of all claims in the above-captioned action against KPMG LLP.  Each party to bear its own costs.

IT IS SO STIPULATED.

                                                Respectfully Submitted,
                                                BERNSTEIN LITOWITZ BERGER
                                                  & GROSSMANN LLP

Dated:  December 16, 2011        By: _____/s/_____
                                                   Blair A. Nicholas
                                                   *Attorneys for Plaintiffs*

                                                BINGHAM McCUTCHEN LLP

Dated:  December 16, 2011        By: _____/s/_____
                                                   Gwyn Quillen
                                                  *Attorneys for Defendant KPMG LLP*